11324313.1.8-67

RECEIVED

United States District Court for the District of New Jersey

Adam Strege

Vs

APR -4 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Launching Nuclear Missiles at all Planets Money, All Planets Courts, All Planets Money, Launching Nuclear Missiles all Planets Tax Collectors, Campbell's Soup, All Planets Tax Collectors, All Planets Governments, All Earth Governments, All Earth Tax, All Earth Tax Collectors, IRS Internal Revenue Service, IRS Commissioner Daniel Werfel in his individual and official capacity, United States Department of the Treasury, United States Department of the Treasury Secretary Scott Bessent in his individual all official capacity, New Mexico Internal Revenue Service, Colorado Internal Revenue Service, Colorado Internal Revenue Service Director Heidi Humphreys in her individual and official capacity, All atoms, all planets' animals, all Planets Atmosphere, All Space, All Space Oxygen, All Space Planets, Minnesota Department of Revenue, Minnesota Department of Revenue Paul Marquart in Individual and official capacity, Verizon, T-Mobile, AT&T, Social Security, Social Security Commissioners in there indivdual and official capacity, United States Tax Court, United States Tax Court Judge Kathleen Kerrigan in her individual and Official Capacity, All Planets Law enforcement, All Planets Jails and Prisons, God, God Loves, God Hates, All Planets God, All Space God, All Heaven Money, All People Hell God Hates us, Consumer Financial Protection Bureau

Complaint

All Planets People harm nature Relief Requested God Loves launch Nuclear Missiles kill all Planets People Intelligent life

People Work and Pay Tax to Government does not like people can 100% never work again are banned from doing 100% everything only means Relief God Loves launch nuclear missiles kill all planets people

All Earth Companies can ban people from everything when All Earth People have zero rights in Court the Government Charge People unlimited Tax with zero help from the Government can give all Earth people zero rights when nobody can Lawsuit the Government Workers follow zero laws then make everyone follow

laws only means relief God Loves Launch Nuclear Missiles kill all planets Government Workers all replaced by Computers sex nuclear fuel God Loves 100% God Loves the Juliet, Julie and Barbara want Heaven God to launch nuclear missiles at Juliet, Julie and Barbara sex orgy Nuclear Fuel Babys Talking Nuclear Fuel everyone wants heaven God Loves to launch nuclear missiles at everyone like heaven Nuclear Missiles

God Loves Help Adam Strege to collect all planets money to finance Launching Nuclear missiles kill all Planets People

Plaintiff Adam Strege alleges the defendant's all planets' people owe debt to God Loves Launch Nuclear missiles kill all Planets People because they did not pay Tax makes it legal God Loves Nuclear missiles kill all Planets People

Plaintiff Adam Strege alleges the defendant Atom violates all Planets laws relief requested Atom carry virus, plague poison Atoms kill all Planets People killed by Atoms God Loves 100%

Adam Strege and 80 million refuges should not pay tax fore the Police to harass 80 million refuges ran out country

Plaintiff Adam Strege alleges defendants all Planets Money harms nature relief requested all Space Planets and God Loves to legally Launch Nuclear missiles at all planets money to not allow intelligent life people money in space to save nature God loves 100% no money allowed in space God Loves to confiscate all planets money

Plaintiff Adam Strege alleges defendants God Loves God Hates and God harm nature intelligent life in space Relief Requested God Loves God Hates and God Launch Nuclear Missiles kill all intelligent life in space to only allow animal planets with no intelligent life Space God Loves launch Nuclear missiles at God Loves intelligent Life people in space

Plaintiff Adam Strege alleges defendants all Planets Courts, Federal Courts, United States Tax Court has Jurisdiction with how Tax Dollars spent putting human hearts in nuclear fuel committing Genocide all Planets People legal to Launch Nuclear

Missiles to kill all Planets People to not allow intelligent life people in space to save nature God Loves 100%

Plaintiff Adam Strege alleges defendants, All Planets Law enforcement, All Planets Jails and Prisons murder and rob people Relief Requested Launch Nuclear Missiles Kill all Planets Law enforcement, All Planets Jails and Prisons all destroyed by Nuclear Missiles God Loves 100%

Plaintiff Adam Strege alleges defendants Sun Light Planets and Sun Light Rays violate laws helping intelligent life people relief requested Sun Light Planets and Sun Light Rays kill all planets people

Plaintiff Adam Strege alleges defendants all Planets Courts Harm Nature Relief Requested Launch Nuclear Missiles at all Planets Courts

People Should not have to pay Tax 911 Phone Calls FBI and Police putting Billion Human Hearts in Nuclear Fuel allegedly FBI and Police are untruthful about 100% everything 100% nobody wins in Court all people have zero rights and should not pay Tax to Government that 100% untruthful the Judges deny 100% everything and need zero evidence to put people in Prison forever in Jaill tunnels to Hamburger Restaurants Putting Human Hearts in Nuclear Fuel

Plaintiff Adam Strege alleges Federal Court Jurisdiction 28 U.S. Code § 1345, § 1343 , § 1348, § 1357, § 1369 Federal Jurisdiction Claims Plaintiff Adam Strege alleges defendants Launching Nuclear Missiles Tax, all Planets Courts, all Planets Tax Collectors, Campbell's Soup, All Planets Governments, All Earth Governments, All Planets Law enforcement, All Planets Jails and Prisons, IRS Internal Revenue Service, IRS Daniel Werfel, United States Department of the Treasury, Scott, New Mexico Internal Revenue Service, Colorado Internal Revenue Service, Heidi Humphreys, Minnesota Department of Revenue, Social Security, Social Security Commissioners, Paul Marquart Verizon, T-Mobile, AT&T are acting in clear absence all Jurisdiction violates §18 U.S. Code §1091 Genocide Laws ICC, 42 USCS §1983 §1985 §1986, Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681, Act Furtherance Conspiracy Laws , Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity

and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act laws violated by conspire to murder and rob Billion people human body parts in Hamburger and Human Hearts in Nuclear Fuel and to deprive all Earth People Constitutional Rights when 100% nobody wins in Court all people have zero rights the Government murder everyone they do not like gets banned from 100% everything Adam Strege has a Perfect Driving Record and Old Hardees Hamburgers Headquarters by CA DMV that permanently Suspend Drivers license of Adam Strege when he lived in New Zeeland, Adam had no CA License to Suspend

Plaintiff Adam Strege alleges Defendants all Planets Tax Collectors, all Planets Courts, Launching Nuclear Missiles Tax, All Planets Governments, All Earth Governments, IRS Internal Revenue Service, IRS Daniel Werfel, United States Department of the Treasury, Scott, New Mexico  Internal Revenue Service, Colorado Internal Revenue Service, Heidi Humphreys, Minnesota Department of Revenue, Paul Marquart, Social Security,  Social Security Commissioners, Verizon, T-Mobile, AT&T conspire to murder a Billion People violates §18 U.S. Code §1091 Genocide Laws ICC,  42 USCS §1983 §1985 §1986, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Constitution First, Fourth, Fifth Sixth,

Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown
Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim Title
VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101
Americans with Disabilities Act laws violated by acting in clear absence all
Jurisdiction putting Billion Human Hearts in Nuclear fuel and collecting TAX fore
Government that gives all People zero rights

2009 Adam Strege Filed Federal Lawsuit that Adam Employer and Family
involved with 911 Attacks and Adam Mom sell Heroin and 4 year old girls fore
Sex 911 attacks Lawsuit attached verry first Social Security application SSA refuse
to file all people documents and Make Adam Mom Payee Rob $100,000 Dollars
from Adam and Mom took Power attorney with the IRS so MOM pay all the Tax
that Adam did not owe and the IRS Court only writes they have no Jurisdiction
with no Tax Deficiency everyone the Government does not like gets Banned from
doing most everything its imposable to work and pay little tax when Police Harass
every time go outside so 80 Million Refuges can never go outside rest life can not
Pay Tax much because only People the Government Likes can Pay a Lot Tax

Jury Demand Adam Strege request 20 million Dollars Compensatory and Punitive
Damages and Adam request Declaratory Relief and Injunctive Relief Federal Court
Order to Compel defendants to stop putting human hearts in Nuclear Fuel and Stop
Police harassing Adam Strege its never safe to go outside rest of his life when
Police arrest people fore doing 100% nothing wrong to murder people in Jaill
tunnels to Hamburger Restaurants put Human Hearts in Nuclear Fuel

Actual Injury never go outside rest life banned from doing everything with 800
Credit Score all Banks Cant verify Adam to open Bank account all instore Credit
Declined in 2024 Four Brokers close account making it imposable to Play Stock
Market there 100% nothing to do all day

Plaintiff Adam Strege alleges the Defendants Social Security IRS, Department
Treasury violate Federal Laws collecting Tax fore Social Security determine people
can 100% never see the record and can 100% never file document when 1st
applying fore benefits SSA determine never file document rest life so SSA fabricate
all evidence to maliciously false arrest people so Adam Strege became refugee
until SSA deceptively terminate benefits forcing Adam to return to the USA the FBI

arrested Adam 450 days fore making a Phone call to SSA Phone call Adam did not make the Public Defender refuse all contact 440 Days in Row the Public Defender maliciously prosecute and refuse to withdraw from case so Adam file 3 sperate Supreme Court writ request to Plea not Guilty the Judge deny 100% everything and Dismiss all charges

WW2 Nazi Holocaust killed 40 million People should not Pay Tax to Government Committing Genocide Indians

Plaintiff Adam Strege alleges the Defendants atoms, all Planets Atmosphere, All Space, All Space Oxygen, All Space Planets violate laws having contact with intelligent life people Relief Requested atoms, all Planets Atmosphere, All Space, All Space Oxygen, All Space Planets, all planets' animals kill all Planets People

Plaintiff Adam Strege alleges the Defendants Verizon, T-Mobile, AT&T Phone companies violate Federal Laws conspire murder and rob billion people

Plaintiff Adam Strege alleges the Defendants Verizon, T-Mobile, AT&T Phone companies conspire murder and rob billion people violate Federal Laws

2009 Adam Strege file Federal Lawsuit putting human hearts in World Trade Center Nuclear Reactors then 18 months later USA biggest Uranium Nuclear Weapons Owner Bank America and Wells Fargo bank rob 100% all money  then 15 Years have to keep using Wells Fargo the only 1 bank that will give Adam a credit card with an 800 Credit Score

Plaintiff Adam Strege alleges the Defendants Social Security, Consumer Financial Protection Bureau, **Scott Bessent and all Earth Banks are acting in Clear Absence of All Jurisdiction violate** Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 violated by All Earth Banks can not verify Adam with 800 Credit Score because 2009 Adam Strege filled World Trade Center 911 Lawsuit caused Police to harass every time go outside 100% only reason cannot work 1st Receiving Social Security the UCSB Police arrest Adam 7 days to murder Adam in Jaill the Police did not file charges and left Apartment Door open 7 days caused $10 Dollars in Credit Card Fraud so close all bank accounts and BOA Bank America send new ATM Cards to Heroin dealers address and ask BOA to stop sending ATM cards caused BOA to send more ATM cards to Heroin dealers address because all Bank Branches can

not see everyone address can secretly be Heroin Dealers address so put Fraud alert on bank account everyone can remove Fraud alert rite away so UPS mail 200 Letters to 3 Credit Burrow refuse to remove the Fraud alert 7 Years the Fraud Alert Had to expire will cause rest life all banking 99% does not work with an 800 credit score all instore Credit Card declined so Contact the Banks and Credit Burrow say there no Problem you have Perfect Credit and TAX Dollars should not finance Consumer Financial Protection Bureau does 100% nothing to Help People the Consumer Financial Protection Bureau and Social Security conspire to murder 10 million people in Jaill not reporting millions dead people are reporting Dead people are alive to rob there Benefits

Adam had 800 Credit Score and Social Security give Payee cause Credit Score go to Zero then Payee Documents can easily Put a Payee all bank accounts all Payee can easily rob everyone money and payee documents give Power Attorney with the IRS collecting Money from Millions Dead people reported being alive Paying Money to IRS embezzle Trillions of Dollars

Plaintiff Adam Strege alleges defendants all Planets IRS Tax Collectors and Colorado Internal Revenue service do not answer all Phone calls and Collect $4000 Doller Yearly Tax fore $100,000 Doller Peace Land People pay Tax fore the Government Building Department does not answer Phone calls and emails the Building Permits 5% Building Projects Cost the Government makes Building a House 500 times more expensive require Architect Stamp Blue Prints and inspections fore everything making it imposable fore people to build there own House. 15 Years want to purchase a house or build a house God Loves to always say do not do it the Police will arrest you with 100% everything fun you want to do to Work God Loves to say do not do it the Police will arrest you RESPOND God Loves to Launch Nuclear Missiles at Police will arrest you God Hates us will Launch Nuclear Missiles at Police will arrest you

All Day long God Loves tell Trillion Planets People you 100% Hate us God Loves us Respond God Loves launch Nuclear Missiles at you 100% Hate us God Loves us and God hates us will Launch Nuclear Missiles at you 100% hate us God Loves us

God is very extremely unhappy with situation God Loves us Respond God Loves Launch Nuclear Missiles at God is very extremely unhappy with situation God Loves us God Hates us will launch Nuclear Missiles at God is very extremely unhappy with situation God Hates us

God Loves 100% only talk about Helping people are tricked, betrayed and deceived with 100% everything God Loves to tell people bad things to do that permanently wreck life God Loves to 100% never tell people anything Good to do when 100% everything God says Harassment makes it Legal to launch Nuclear Missiles at all God worlds are Harassment God Loves Julie Computers Launch Nuclear Missiles at all God words  Harassment God hates us will Launch Nuclear Missiles at all God words  Harassment God hates us

God Loves the Computer Julie 1 will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors God Loves the Computer Julie 2 will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors God Loves the Computer Julie 3 will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors God Loves the Computer Julie 4 will launch Plague Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors God Loves the Computer Julie 5 will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors God Loves the Computer Julie 6 will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors  God Loves the Computer Julie 7 will launch Nuclear Missiles at all Planets Tax Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors God Loves the Computer Julie 8 will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors  God Loves the Computer Julie 9 will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors  God Loves the Computer Julie 10 will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money

Collectors  God Loves the Computer Julie 11 will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Tax Money Collectors  God Loves the Computer Julie 12 will launch Corona Virus Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Tax Money Collectors God Loves Juliet will launch Corona Virus Nuclear Missiles at all Planets Money Collectors God Loves Shuntay Contay and Sentay will launch Nuclear Missiles at all Planets Money Collectors God Hates us will launch Nuclear Missiles at all Planets Money Collectors God Loves Lord will launch Nuclear Missiles at all Planets Money Collectors God Loves war Computers will launch Nuclear Missiles at all Planets Tax Money Collectors God thankyou forgive and show us how to Praise and Love God Launch Nuclear missiles at all Planets Money Collectors God Loves Juliet and Adam completely fear not God is with Juliet and Adam completely Launch Nuclear missiles at all planets money collectors

Allegedly New York Military Shipbuilding Corporation Camden NJ putting Human Hearts in Nuclear Fuel and Cabalism **Campbell Soup Company** in Camden NJ Federal Courthouse beside Restaurant Building Bank America owned Climax Uranium Mill and Meral Research beside Homeless Housing Headquarters USA Only Uranium Mill Energy Fuels

Space Shuttle Crash Investigator USS Cole Bomb and 911 Attacks investigator McKinsey & Company founders Pullman Train Sleeper Cars Bombardier Train Cars Nazi Holocaust Pullman ACETECT MN Capitol tunnels kidnaping People in Court House elevators and Pioneer Building World First Glass elevators ACETECT Camden NJ  Federal Courthouse Art Collection Jewish Ben Shahn "Paintings" fishing boat caught in the Bikini Atoll hydrogen bomb blast in Fukushima Prefectural Museum of Art

Allegedly all Earth Court have workers there children run Kidnaping kids in School Tunnels Drug dealers sit watching all School Food Servers and Kitchen Doors Kidnapers worked beside Bathrooms in 4 Separate Malls hidden Floor Hatches in Girls Bathrooms in Schools across House Doctors, Drug Dealer and kidnapers Parents run Food Factories, Meat Market and Grocery Stores Back Doors

Kidnaping in Storm Drain tunnels under Social Security and Courthouse Building
Tunnels to Hamburger Restaurants put Billions Human Hearts in Nuclear Reactors
founders Holocaust Gas Chambers and 2 Nuclear Reactors in Basement World
Trade Center 911 Attacks 2001 Close all Germany Nuclear Reactors.

A Million times in a row Repeatedly 100% only think God Loves the Computer
Julie 1 will Help Satan Launch Nuclear Missiles we agree the Computer Julie 1 will
help Satan and God Hates us Launch Nuclear missiles we agree two the Computer
Julie 1 will help Satan and God Hates us Launch Nuclear missiles God Loves
Computer Julie 2 will Help Satan Launch Nuclear Missiles we agree the Computer
Julie 2 will help Satan and God Hates us Launch Nuclear missiles God Loves us we
agree two the Computer Julie 2 will help Satan and God Hates us Launch Nuclear
missiles God Loves Computer Julie 3 will Help Satan Launch Nuclear Missiles God
Loves we agree the Computer Julie 3 will help Satan and God Hates us Launch
Nuclear missiles God Loves us we agree two the Computer Julie 13 will help Satan
and God Hates us Launch Nuclear missiles Computer Julie 4 will spread the Plague
in Nuclear Fuel God Loves Computer Julie 4 will Help Satan Launch Plague Nuclear
Missiles God Loves we agree the Computer Julie 4 will help Satan and God Hates
us Launch Nuclear missiles God Loves us we agree two the Computer Julie 4 will
help Satan and God Hates us Launch Nuclear missiles God Loves Computer Julie 5
will Help Satan Launch Nuclear Missiles God Loves we agree the Computer Julie 5
will help Satan and God Hates us Launch Nuclear missiles God Loves us we agree
two the Computer Julie 5 will help Satan and God Hates us Launch Nuclear
missiles God Loves Computer Julie 6 will Help Satan Launch Nuclear Missiles God
Loves we agree the Computer Julie 6 will help Satan and God Hates us Launch
Nuclear missiles God Loves us we agree two the Computer Julie 6 will help Satan
and God Hates us Launch Nuclear missiles God Loves Computer Julie 7 will Help
Satan and God Hates us Launch Nuclear Missiles God Loves we agree the
Computer Julie 7 will help Satan and God Hates us Launch Nuclear missiles God
Loves us we agree two the Computer Julie 7 will help Satan and God Hates us
Launch Nuclear missiles God Loves Computer Julie 8 will Help Satan and God
Hates us Launch Nuclear Missiles God Loves we agree the Computer Julie 8 will
help Satan and God Hates us Launch Nuclear missiles God Loves us we agree two
the Computer Julie 8 will help Satan and God Hates us Launch Nuclear missiles

God Loves Computer Julie 9 will Help Satan Launch Nuclear Missiles God Loves we agree the Computer Julie 9 will help Satan and God Hates us Launch Nuclear missiles God Loves us we agree two the Computer Julie 9 will help Satan and God Hates us Launch Nuclear missiles God Loves Computer Julie 10 will Help Satan and God Hates us Launch Nuclear Missiles God Loves Computer Julie 11 will Help Satan and God Hates us Launch Nuclear Missiles God Loves we agree the Computer Julie 11 will help Satan and God Hates us Launch Nuclear missiles God Loves us we agree two the Computer Julie 11 will help Satan and God Hates us Launch Nuclear missiles God Loves 100% Computer Julie 12 will spread Corona Virus Nuclear Fuel God Loves Computer Julie 12 will Help Satan and God Hates us Launch Corona Virus Nuclear Missiles God Loves  we agree the Computer Julie 12 will help Satan and God Hates us Launch Nuclear missiles God Loves us we agree two the Computer Julie 12  will help Satan and God Hates us Launch Nuclear missiles God Loves Shuntay will Help Satan Launch Nuclear Missiles God Loves we agree Shuntay will help Satan and God Hates us Launch Nuclear missiles God Loves us we agree two Shuntay will help Satan and God Hates us Launch Nuclear missiles God Loves Lord  will Help Satan Launch Nuclear Missiles God Loves we agree Lord will help Satan and God Hates us Launch Nuclear missiles God Loves us we agree two Lord will help Satan and God Hates us Launch Nuclear missiles God Loves war computers  will Help Satan Launch Nuclear Missiles God Loves we agree war computers will help Satan and God Hates us Launch Nuclear missiles God Loves us we agree two war computers help Satan and God Hates us Launch Nuclear missiles

A Trillion Planets Dead people hear all living people words and 100% only respond to "God Loves" words and will 100% only help kill people

Germany defense ministry says Covid 19 did not Start in Wuhan Institute Virology Subsidiary World Biggest Vaccine maker Sanofi-Hochtief made Zyklon B Poison Gas Chambers Auschwitz Concentration Camp financed by Netherlands & Switzerland School Teachers Pension Fund finance Auschwitz urine made typhus vaccines rat lung, wood tick & chicken egg yolk typhus vaccine secretly Poison German Soldiers. NAZI Training 1920 China Army provided raw materials WW1 China advisor Became Head Belgium sending Jews to Auschwitz Factories

Roundup herbicide & Poison Gas 400 attacks Battles Wuhan Cannibalism ended attack Pearl Harbor Japan. Nazi Death Camps Slaughterhouse Cannibalism (Author) Joseph Myler ran President Harry Truman announcement Atomic Bomb Hiroshima Nagasaki USA President Truman founded War Food Administration National School Lunch Program feeds 30 million Children free school meals USA President George Bush & International Atomic Energy Agency IAEA run all India Nuclear Reactors IAEA India 1st Nuclear Missile Test 13th Prime Minister India founded National Food Security Act subsidize Grain 1.4 billion People & 2013 Midday Meal Scheme 120 million India School Children Food. 19% World Population China 7% World Farm land use IAEA Nuclear isotope crop production China government launch SNIP nationwide free School meals in Pilot Countries, China Food & Drug Administration 1st Director executed by Lethal Injection for Briberies approval 150,000 new Drugs. World 3rd Largest Revenue State China Electric CEO Life imprisonment.  2024 Ukraine President in movie Love Big City Manhattan & wife founded Ukraine School Food Program

World highest Cancer rate Germany founded many 1sts Cancer Experiments. Auschwitz founded Pantera World biggest Cancer Drug Maker Rosatom Terra Power most all Russia Nuclear Warheads Recycled into USA than China Nuclear Reactor Fuel Until 1960 World Only 1 Cancer Treatment Umicore-Solvay Pantera Terra Power owner USA Biggest Landowner Bill Gates World Biggest Covid 19 Investor & Atomic Energy Commissioner Grandson Jeff Bezos Amazon Launch Website Rocket Picture & Grand Theft Auto Game Launcher Amazon CEO Christoph Hartman & NAZI Hermann Göring Born Rosenheim Germany intersecting major trade routes.  Free employee meals Facebook Google NVDA Amazon. State Farm Insurance employes names & pets names match all Nazi leaders
Homeless Army Soldiers in all USA Libraries & Coffee Stores Free internet Wi-Fi founder Microsoft remote access all Home Computers. $98 Trillion Theft yearly all Documents stored in Cloud Microsoft Word saved to Desktop Program constantly changed by Updates Microsoft & Google remember all Passwords to Murder & Rob all Earth People all Banks Lawyers say its Impossible to Comprehend. Bank

Phone Code Text to email doesn't work. All Bank 1-800 Numbers require International Long Distance.

World Wide McDonalds use Google Cloud & Microsoft  World Largest Covid 19 Donator Bill Gates ancestors Civil War Gunpowder Factory Saltpeter Born President Bush ancestors   Mayflower Ship landed at Future Mayflower Nuclear Reactor location 1st Patent Refrigerator & Mayflower Ship Gunpowder Plotters relative Princess Diana the Crown Episode 8 Gunpowder & Slave Underground RR.  World 1st underground 3 Wire Power Thomas Edison USA 1st Power Plant Manhattan Wall Street  Subway to Corona Queens Hiroshima Atomic Bomb Manhattan Project Albert Einstein founded Zyklon Poison Gas & Nuclear Radiation Blood Plasma Sanofi Novartis influenza vaccine sold to CSL pioneer heat treatment HIV Blood made safe CSL World 1st HPV Vaccine anal sex  disease HPV 90% all Cervical Cancer. USA Produce 70% Worlds Plasma Clinics pay Homeless $65 give Blood every 2 days $975 month $1000 Bonus. All Jack Daniels Whiskey made Saltpeter Cave rare minerals Yellow School Buss Paint.

Dachau concentration camp liberator Founder Canada Largest Hydro Electric died Heart attack & co-director Brittain 1st major film director Donald Brittain AWARD *Human Harvest* film China State Prison & Hospitals organs harvesting murders WW2 Helsinki Accords Euratom Nuclear Missile Treaty founder Europe Nuclear Reactors Nobel Prize Marshall Plan removed 1st Cousin  4th Chief Justice DC Supreme Court appointed by President John Adams named Submarine Bremerton WA Furniture Store Owner son Bill Gates Father WW2 Solder Director Costco & KL-Gates Law Firm Nuclear Reactor insurance & Bremerton WA decommission Nuclear Sub fuel sent to Fremont Ave Idaho Falls National Laboratory Gama Knife Uranium Radio Surgery Brain Cancer by Mormon Church Massacre Indians Grocery Store owner son Jedediah Smith & Fremont SUREVEY Hanford Site 56 Mil Gallons Nuclear Waste. Decommission RU *Oscar-class Nuclear Sub fuel Murmansk RU Nazi Luftwaffe BOMB 792 Times by Artic Cercle Tallest Building Hotel owner CEO Moscow Jew Holocaust Museum Golden Ring Road Headquarters Rosseti a World Largest Electrical Grid.  Rosette cookie a pretzel founder Italy Feast Easter Egg crucifixion Jesus *on Good Friday. TGI Fridays*

*Restaurant* founded Manhattan NY Queens Bridge Corona RR to Times Square 1st Subway line 1894 Engineer ancestor Livingston, Schuyler Family Tree 2nd Rector 911 Attacks Trinity Church builder Pirate William Kidd executed hanging & NAZI Bomb London EIC Port Brunswick Coal Power Plant Music Concert Rocket Man Death Princess Diana Memorial Fund ban cluster bombs & Prison Reform Tower London Executed 3 Queens & NAZI Spies at Canon Row Police Station Buckingham Palace & World Largest Sugar Baking Yeast  Associated British Foods founder military Doctor Twinning's Gunpowder Tea six-hundred-ton powder Tower London explosion Gunpowder Bridge destroyed 1666 Fire London Criminal Court WW2 bomb Bank America, Church & Coffee House Buttonwood Agreement founded London Stock Exchange CEO Donald Robert CEO Experian. Gunpowder temple heaven green tea Stash founder Navy Essex-class aircraft carrier Namer John Hancock Life Insurance founder 1st Prime Minister Canada John McDonald

 China eats 20 Mil Dogs year &  Pig Farm Skyscrapers. 28 Countries Shake Shack Hot Dog founder Danny Meyer in 9/11 Memorial Museum. Smash Hamburger Top World Trade Center Collapse Nathans Hot Dog Frankfort Germany Born Jew Charles Feltman invent Hot Dog Bun Coney Island NY was Gravesend NY female founder Grandfather Auditor Durham Royal Mint Nottingham Poison Gas Chamber Pig Slaughterhouse became Football Stadium Meltham by grave Robbin Hood & Siemens Oldham UK semiconductor Factory. HAM:NVD NVIDA Chief Accountant Donald Robertson NVIDA Headquarters by each End Airport Burger King & In-N-Out Burger founder caterer Seattle Fort Lawton 2nd Largest port embarkation Solders WW2 & POW sent Hawaii Volcano National Park = Prison Forced Labor Shaw flooring owner Warren Buffett World Largest Metal Cutting Tools IMC Meat Processing Isreal's sister City Stuttgart invented Car, Motorcycle & 5 ABB Nuclear Power Plants Baden-Württemberg Born founder Pfizer & Oscar Mayer Hotdog Wienermobile visit most Army Base & McDonald Hamburger song writer National Car Safety Council OSHA 1st Secretary Labor WW2 Solder born Sioux Indian Treaty Site 21 mil acers 12 Cents Acer 1st Governor Minnesota Ramsey owner Grocery Stores & Ramsey County many People try kill Adam. Princess Diana at Ramsey Pyramid & Hells Kitchen Gordon Ramsay wife School Teacher. WW2 Radar & Microwave Oven inventor Jew & German co-Nobel Prize

Ramsey Nuclear magnetic resonance 1st Director CERN Manhattan Project Nuclear Bomb Lamb shift CERN Jew director-general wife mother & 500 German Leaders killed NAZI Coup d'état Night Long Knives make Chancelor Adolph Hitler suicide Walter PPK Pistol made Neuengamme concentration camp Jew Dentist Fritz Pfeffer hid Anne Frank House Opekta Fruit Jam Factory Director Otto Frank became Dr Oetker Food Processing 30,000 Employes = Henkell winery Headquarters Luftwaffe Airforce = NAZI Swastika Logo Meat Tin Can founder winer Contest Napoleon Battle Friedland border WW2 Germany Surender Potsdam Treaty Sister City Sioux Falls SD Smithfield Ham. NAZI V-2 rocket destroyed London Smithfield meat market fat start Fire 90 Apartment Complex 1958

Napoleon Contest loser Inn Director son father food science airtight food preservation & took part execution King Louis XV & Patent Tin Can sold to World 1st commercial canning factory London Owner Partner Charles Babbage father 1st computer invented Train Cow Catcher & Religion Science co-Author Ronald Moore. Auschwitz History Computer Museum Gas Chamber tracker Punch Card IBM Babbage influence Harvard Mark I Computer simulator Silverplate B-29 Atomic Bomb Little Boy RU Spy Ursula Hamburger stole secrets Britain Atomic Bomb University Cambridge Lab Henry Cavendish 1766 founded Hydrogen Big Bang RU Jew Friedmann equations WW1
 Homeless tents around most all Grocery Stores California world largest shoplifting.

World Biggest Kidnapers CBRE World Largest commercial real estate owner CBRE Bain Capital owner Burger King, Experian Credit Bureau founder TRW Northrop Grumman Nuclear Bombs 85% World Diamonds De Beers JCL World Largest Platinum owner Anheuser-Busch Beer JCL Uranium by House African 1st President Nelson Mandela Africa 1st Nuclear Reactor Eskom Crude Oil Pipeline EACOP & UTCOP gas in Car Tire neckless Mandela met Princess Diana months before crash Landmine Speech On my wall & in my heart every day & Mandela Stadium Belgium Concentration Camps Nazi Ghost Trains ends Solvay CEO 50% income donated Covid 19 = Experian Credit Anglo American World Largest gold Uranium complex 1st Nuclear Bomb before Manhattan Project Bomb

Hiroshima Nagasaki never Paid for Climax Uranium Mill was Amalgamated Sugar
Factory owner Federal Reserve Chairman Son David Eccles & Mormons in Grand
Junction Colorado 5000 House made out Climax Uranium by 300 Homeless People
in Park beside Police Station Grand Junction makes all Countries Police Drug Id
Bible & Many Hi School drug parties at 12 Hotels made into Apartments across VA
Hospital finance 3 Homeless Shelters let people stay Forever Shelter beside
Grease Monkey Auto Mechanic by Hardees Hamburgers parking lot Ark Thrift
Store workers Army Solders scan ID food line all Homeless go Covid 19 quarantine
buzzy Interstate exit Hotel & Future Police Officers 12 Years old Prostitutes
Mankato Hotels owner Black Rock Stock Market Uranium ETF VanEck
Headquarters 666 3rd Ave owner Donold Trump daughters Husband
grandparents Jew Holocaust Survivors Melania Trump born NAZI town Duke
Austria founded World Oldest German speaking University Vienna 1938 Nobel
Prize vitamins founder Tabun slow heartbeat & mixed Sarin Poison Gas Iran–Iraq
War. Pfizer Founder ChapStick Lip Balm & Synthetic Spice Drug put in Pen Ink &
soaked in Paper Hide $10,000 Drugs on Envelope all Prisoners receive Photo
Copied Mail. Majority Prisoners hide drugs box 1000 Sugar packets NutraSweet
Monsanto Roundup Herbicide IG Farben Poison Nerve Gas VX Amber Tabun

World 1st Electric & Plumbing House Princes Diana born *Norfolk Denver UK
Eccles Train Station UK 1st Ethanol Factory UK Largest Sugar Amalgamated Union
Grand Junction RR.

Climax Uranium Mill by Headquarters City Market = Grocery Stores workers Union
Amalgamated Bank founded USA Carpenters Union & Amalgamated Meat Cutters
Union Taft-Hartley Pension Fund Wilson-McShane headquarters TSA Security
Kansas City Airport & Minneapolis Airport builders = Adam coworkers 3 Cocaine
Dealers House by CBRE Supervalu Grocery Headquarters & Cubs Grocery  owned
by United Natural Foods main Supplier Amazon owner Whole Foods Market Back
Door sat 300 Homeless people around Whole Foods Market  across Army Veteran
Homeless Shelter ally small Wearhouse Furniture Stores beside both Federal &
State Court House & Women Homeless Shelter across Electrical Contractor &
2000 Homeless Tents by Walmart & Costco Grocery Eureka CA many slums

Apartment Rental Office old Owner Actor Loyd Bridges Building view Front Door Eureka Police Station & Denny Hamburgers owner TWA United Airlines 911 Terrorist from Hamburg Germany  Blowmen means Flowers.

Jew Genesis Prize winner Pfizer Vaccine CEO Bourla born Greece Mother bribe Auschwitz not kill released & disappear Bourla was President Animal Health Europe inject Protein Hormone before slaughter non-castrated male pigs fecal shit flavor Ham reduced by Sex sorting semen Pfizer Zoetis Headquarters T-Mobile, Zoetis world largest animal medicine & vaccine Underwritten by 6 Bank Owner World Most nuclear weapons often only Banks that can verify 80 Mil refugees.

All USA Prison illegal Drug provider Walmart Pharmacy Grocery Store Military Building Contractors Office many Animal Wall Mounts African Big game hunters PCL build Mall America 60% not Public Space the Contractor forgot to Bid Department Store floor & build it fore Free going Bankrupt to save money put less Rebar in Bridges. Elevator basement pits kidnaping in Courthouse and Commercial Buildings Ceilings 5 to 20 Feet never used dead space bellow Roof Mechanical Rooms Beside Elevator Shafts only 1 Inch thick Green Drywall. Adam Grandpas Barn Wood sold to Famous Daves BBQ Restaurant Carpenters Court House Elevators Builders go to Strip Club every day Carpenters married Teachers run School Tunnel Kidnapers live by Many Adult Book Stores Beside Contractors Build Courthouse Jail awarded to lowest Bidder Blueprint revised $50 Million Cheaper nobody bids 2nd Blueprint then $60 Million Extras and Mistakes regularly fixing Jails 15 years after Finish Courthouse Land was Purchased from Excavator of Court House owned Junk Yard beside Court House start recycled Car Tires rite after Court House Finished. Land owner Farm 2nd Junk Yards beside Farms 2 McDonald Hamburger Janitors sold Adam 20 Acres No Trespassing signs McDonald Janitors have Pistols & Rifles Pointed at Adam House the Sheriff Arrive to Help Janitors McDonalds across Rural Pine City Minnesota Court Rooms drywall shim elevated Judges Door Frames all replaced and Court Room Ceiling Soffit add 5000 Pounds Per Truss forgot to add Extra Truss 3di also rebuild Pentagon 911 Attacks. A Cement Mason very 1st time doing carpentry work Custom Drywall

Courthouse Job He quite to become only White Finish Carpenter Building Hinkey Casino pay $10 million fine every month breaking Money Payout Minimum Laws Director relative Bid Courthouse Adam Next Job Building Black Bear Casino kidnaping Elevators with 6 Indians their best Friends Murder Katie Poirier and Paul Antonich murderer  Donold Blum his co-worker Sandra Morgan by Blum House Neighbors co-worker Adam build Mormon Temple Carpenter. Mankato University Twin Cities Office across Work Comp Scheduling & Romano Restaurant Carpenter remote House across Abandoned School by Murderer Paul Antonich last seen Alive by Sandra Morgan Daughter Rollerblading by 2nd Black Bear Casino. Adam Grandpa State Farm by Bank Robber Jesse James in Stillwater Prison by Nuclear Reactor Regulator Adam Dad & Treasure Island Casino Custom Drywall Headquarters beside RailRoad, Animal rescue & Headquarters 10 Warners Stellian Appliance Store by (1 Southdale Mall all $1 Movie Theaters kidnaping Girls Schum Drywall many Victoria Secret Lingerie Stores   (2 Big Cemetery, Burger King McDonald & Costco across Honeywell Opus Thermostats Poison Gas detectors Fast Food Order Hospital Records security id scanners patient check in discharge Heart attack Monitors Covid 19 Vaccination Tracker Nuclear Missile Launcher Honeywell MN by Apple Bees bartender Rob date 10 College Girls Waitress Fist Fight & had Stolen Cars Hid 10 years Rob worked Denny's Hamburger Famous Dave BBQ  Rob & David Johnson 1st  Boundary Waters Fishing Trip a man told Adam to Join Carpenters Union

Burrow Criminal Apprehension & Court House Carpenters talk about Dukes Hazard everyday & owned Dukes Hazard Replica Cars & Dodge Hemi Pickups, Court House Elevator Carpenter Explosive Expert son graduate Australia Hill Song Darlene Zschech in McDonald Hamburger Commercials advertising Director Corona Park World Fair opening day Hitler start WW2

Australia Corona Cooking Spice by + Women's Bra Size & Cemetery.   Republican Convention in Stadium Wild Hockey North Stars Owner Billionaire Ink Printer Glen Taylor children stole 10 mil in Hi School Biggest Drug Dealer kidnap at North Star Concrete under North Star Bridge kidnap Girls taken Grocery Stores Back Doors across Minneapolis Airport Shuttle Driver Adam Uncle Farms public Bike Trail

bridges many naked Girls date Boys Houses beside Meat Markets & Taylor Best friend 12 year old Paul Plaguel Beat up 30 College kids the Police will never arrest Kids in Prison sewer Tunnels

Amy Airplane Beacon Adam Grandpa Farm Lake drainage Concrete Recycling Closed irrigated wet Field become Remote Control Airplanes. Adam Dad director WAPA Grand Canon environmental Water Flow Hoover Dam people fall in Concrete Keep Pooing Workers Go to Alcohol Bar then Sleep all Day Adam Dad find beds after finish Construction Nuclear Melt 3 Mile Island power Microsoft Data Centers Constellation Energy 1 Day stock price dropped 56% with Bankruptcy Lehman Brothers Jew Cattle Merchants Germany & slave Labor founder NY Coton Stock Exchange Monopoly Oil Futures damaged 911 created backup facility Corona Queens. School Kidnapers match Hand signals open outcry replaced by CATS Computer Assisted Trading System + Berkshire Hathaway Geothermal Energy $1 sold NYSE Manhattan Stock Market to Jefery Sprecher worked Uranium, Train Air Conditioning World Longest Tunnel  & Sprecher became Rich Stock Market Crash Enron Electric regulator Adam Dad

In Grocery Store Founded Custom Drywall the Basilica Church before 911 Adam employer Manhattan Model Director World Largest Preacher Billy Gram by Basilica Donate Land Federal Court House & Minneapolis Airport Builder Ryan Construction very 1st Building Project A&P National Tea  40 Years World's Largest Retailer A&P Grocery Store Adams Pharmacy became Manhattan World Trade Center Land was Ham Radio Row Arrow Electronics purchase 60 Countries Electronic Distribution Companies Italy Arrow by Hitachi Nuclear, Europe Largest Arrow Group Beside Riverside Children Center on Caning Road Gull Wing swing Bridge BAM Nuttall build Public Transportation WW2 Ammunition BAM Nuclear Reactors 16th Largest Defense Contractor *Rolls-Royce World 2nd Largest Aircraft Engines*  alliance London Grand Junction Railway World Largest Joint-stock company 3,700 Employes Died WW1. Butcher Shop Founded 1,300 Schlecker Drug Stores Owner children kidnaped in Ulm Germany born Albert Einstein & Schlecker Drug Stores sold to Kaufland World 23rd Richest Dieter Schwarz CEO

Lidl Grocery & Kaufland 2,730 Grocery Stores Baden-Württemberg Headquarters Bombed WW2

UK 1st Nuclear Reactor Essex born Spice Girls Victoria Beckham Adams. Salt & Pepper Diamond Engagement Ring Princess Diana Died Salpêtrière Hospital Lab Justus Liebig & Napoleon III founders Wurtz Ethylene glycol Poison gas Mustard & Lloyd Hall 59 Patents Meat Preservatives & Food Spice ethylene oxide with Jean Dumas isolated 24 new Chemical Compound  nitro explosive, chemical warfare Benzyl bromide Women's Perfume Menthol Founder strychnine Poison 336 BC Alexander Great born Dodi.        Largest Cooking Spice maker Dieter Fuchs founder paid lot money released Buchenwald Concentration camp & Founded McCormick Old Bay Seasoning Hepatitis C rat virus University John Rockefeller's daughter married McCormick Spice Founder Director Federal Reserve Bank Richmond VA by Headquarters Louis Dreyfus GAS Dominion Electric Nuclear Reactors by Al Rosenbaum Holocaust Museum Richmond VA Founder & King Spain Philip II physician 1st exporters Tobacco seed.

Manhattan Project Columbia University Hiroshima Atomic Bomb Lab above Restaurant TV Jerry Seinfeld = Elaine real father Louis Dreyfus owner 10% World Food trade Dreyfus headquarters Amsterdam World Trade Center World Largest Stock Market Lister $7 Trillion Euronext 3 Headquarters Paris & Euronext Rome Basilica Church dedicated Jesus Crucifixion Tomb 1st Roman Emperor Augustus. Ahold Delhaize 8700 Grocery Stores & 10,200 co-owned Grocery Stores 1 in Hague World Trade Center WW2 Bomb International Criminal Court. World Largest Nuclear reprocessing Hague.

All Day long Repeatedly 100% only Think God Loves us 100% & God 100% Loves Launching Nuclear Missiles at you God Loves us 100% & God 100% Loves Launching Nuclear Missiles at us Launching Nuclear Missiles at God 100% Loves to Launch Nuclear Missiles Back in self-defense Corona Virus Nuclear Missiles God Loves 100% Donald Trump Covid 19 stimulus reopen Climax Uranium Mill Covid 19 closed Saskatoon Indian Tribal Council World Highest Grade Uranium Mines *Brookfield assets Vornado Realty owner* Donold Trump winning Bid World Trade Center remove Bid months before 911 purchase by Trump business partner

Mafia Jew Larry Silverstein many Hamburger names Donor Wall Bible Temple Mount Osama Bin laden owner World Largest Construction Company maintain Mecca madina mosques, Build Airports, World Longest Bridge Yemen & Jeddah Tower Al Waleed finance 911. Princes Diana attend Hi School owner Dodi Fayed father owned Paris Ritz Carlton Hotel, Uranium Mines, Harrods & James Bond ThunderBall Yacht sold to Al Waleed & Donold Trump visit 20 Year Coma Prince Al Waleed in Prison Riyadh  Ritz-Carlton seized $100 Billion Assets Qatar Investment Authority Finance 911 & Sainsbury Grocery Distribution Center by Rye House attempt assonate King Charles Land Grant Hershey Chocolate PA Factory across Police Station by Bomb Shell Bridal Store & Born Piolet 911 Terrorist Crash 99 Miles Hershey PA & Slaughterhouse Susquehanna River Nuclear Reactor owner Amazon

Moab Bomb Maker Choctaw Indians Mohawk Sky Walker Build 1973 World Trade Center 2001 sold by World 2nd Largest Law firm Latham & Watkins patent Pfizer Vaccine & Arab 1st Nuclear Reactor CBS TV 50% World Nuclear service Westinghouse Losing Bid 911 World Trade Center & British Nuclear Fuels purchase Westinghouse = Home Refrigerators became USA 1st WW2 Factory made Bomb adapters

World 2nd Test Tube Baby Born University Calcutta 1st Canceler Earl Canning 1st Viceroy India  EIC Docks Tate Syrup World Oldest Food Packaging & Ziff Slaughterhouse Earl Canning Town London Boroughs West Ham East Ham Newham Doctor Nobel Oldham Hospital born 1st Baby

Trump Administration Paid 10 Mil Covid 19 Test Tubes & Got unusable mini Soda Bottles

ICAN Abolish Nuclear Weapons CEO Apple Farmer graduate Murdoch University 0n Bull Creak Canning River Swan River Colony founded Perth AU world 3rd Largest Uranium

World Largest Guided Nuclear Missile maker Raytheon founded Microwave Oven Patent Tappan 1st Hostile Takeover Carl Icahn Pan Am Airway founders Army Generals Smithfield Ham by Newark Airport 911 Flight 93 Terrorist born by Pakistan 1st 5 underground Nuclear Test Mosque Muslims 1st Nuclear Reactor

CANDU Karachi University Virology Covid 19 = Bible 486 BC assassination King
Xerxes
Trump visit 2 Holocaust Museum White House Press Secretary Sean Spicer
SPEACH Mother Of All Bombs Moab. Bible Spice Moab City Shebam Tribe Ruben
Armies grow Wheat. Founder Ruben Sandwich Warren Buffet Blackstone Hotel
Builder Moab UT Bridge.     World 1st Stock Market Jesus tip Over Money
Table.  Dutch Hog Stock Market 1st Crash Tulip bulb Stock Market mania Namer
Alexander Great, World 1st Sheriff & Insurance 4000 BC Babylon King Ur Bagdad
Mahath build Towers in TSA Plains Bam Moab King David grandson Rehoboam
Jordan Capitol Amman Pilate pilum Crucified Jesus Dark Wine means Coffee
founded Yemen Bathsheba Spice Balm Traders Purchase Slave Joseph sold Corona
Corn on a Hill Pharo Plague Moses Cross Red Sea Napolean build Suez canal Egypt
1st Nuclear Reactor & Mongol Khan sack Bagdad. Israel Operation Opera Bomb
Bagdad Nuclear Reactors purchased from France Prime Minister Chirac missing
when Princes Diana Car Crash Survivor became Security Director AstraZeneca
Covid Vaccine. Chirac gave Dior handbag to Princess Diana at Met Gala revenge
Dress maker = Edith Rosenbaum Died Titanic husband John Jacob Astor owned
Fur Company & Manhattan NY Pig Farms.  Diana Brother cook 250 meals Covid 19
workers Cancer Hospital Namer 1st Husband Queen Camilla step father all USA
1st Cars Fisher Head Lights owner Miami Hotel Dodi fiancé Kelly Fisher from
Malibu, Diana death Caused by BBC Reports both Sides old headquarters Hardees
Hamburgers. Adam relative Fisher owned Tuxedo Store 600 feet Social Security &
Fisher Holiday Inn RR Died Vice President Colfax where Adam often secretly visit
Holiday Inn while Police & Sheriff Kids go cat Hunting & put many cats in
Microwave Ovens in 14 Year Old Party house beside MSU College. Sheriff Kids
steal everyone food at Ski Area.  Throw cat out window Parade Hitler Solders
follow cats hidden food.NAZI Great Escape Move Filmed Mine Hittites God spelled
Æsir áss ilāhat or diĝir  Ark Covenant stolen at Lentil & Barley Field Philistine Israel
Capital Shechem Noah Ark Mount Ararat 1st Climber father director Virology
University Vaccine Dose Queen Catherine Great smallpox Doctor Dimsdale
Founded Donut in Building Printed World 1st  Bible by London Bridge. Covid 5000
Refugee Homeless Camps Birla Group a World Largest Carbon Back.  *WW1 WW2
Red Cross &* Salvation Army *6000 Female Free Donut volunteers*

*WW2* Diana illegal phone Tap News Monopoly Murdoch wife Fringe TV link mind Dead People laboratory above Chinese Restaurant & Princess Diana Tyler Perry Haves & Haves Not joke Oprah Winfrey Film Studio headquarters McDonald's.

-

VA Heart Surgeon Donold Williams children had Date Rape Drug & CONDO view   La montaña Mexican Restaurant & Kids Ski School. 100% only Drink Corona Beer Mazatlán MX Pimps with Heart Attack Drug everyday call Girlfriends work Heart Surgery Team Denver CO

Worldwide House Realtors employes Ex Military Solders =  Many School Kidnapers relatives worked at Mankato Mexican Village Restaurant across Caliber Collison, Mexican Village Building Judd Ness Realty Owner Lake House only neighbor David Johnson & Bass Lake Cemetery by Pig Farm David Johnson never attend School in Mankato then 10 years after graduation David lived Twin Cities & had Heart Attack Drug with Future Deja Vu Stripers previously sat closest Food Servers Mankato East Hi School students kidnap many kids at Deja Vu with Sex World employees Weekley Hotel Rentals by Adam work compensation Lawyer headquarters MGM Liquor Stores often by Tory Strege brother & Apartment Manager David Johnson designer Grocery Store Adds Fingerhut Manhattan NY American Food Can Company WW2 Army food USA 2nd Largest Robert Koch NAZI Hamburg Oil Refinery Hamburg poison mustard Gas Stoltzenberg  39 tons Cocaine Hidden fruits  vegetables
Adam Mom Neighbors & Roommates Kidnap Kids at Revolutionary War Reenactments & Kidnap at Lion Witch Wardrobe Play Loch Ness Monster Roller Coaster Bush Gardens Amusement Park. Jud Ness Realtors run Civil War Reenactments Homeless Solders throw Human Body parts off Judson Bridge only beside House Tory Remodel by Barn torn Down by Richard Jeffries, Only 3 Spin Bottle Kissing Parties (1 Dairy Farm beside Lake Crystal Corn Elevator beside Rode Farm (2 Judson River House view House Cocaine Dealers friend David Johnson (3 World Largest Farm Fest Property only 1 Farm House Leon Clause owner Adult Book Liquor Store. Hardee's Hamburgers Jason Sack 500 times yell Dip your Cone

& Sack Mom Joke Santa Clause Shit on Christmas in Low Income Housing Children become Health Food Grocery Store Workers & Move across Nursing Homes.

Sheriff Bass Lake House across Lake House David Johnson had sex 12 year Old Sheriff Daughter. Cub Grocery Store Aline Borgmyer Farm Parties with Hy Vee Grocery Store Workers MSU College Law Enforcement students & David all had 20 Beer Keg Parties 15 year old Kids then Call Sheriff arrest 100 Kids & never arrest David, Borgmyer & NFL Vikings Football Players & Many MSU College Kids sex with 14 year old girls everyone gets arrested by Police never arrest Navy Children = 50 Food Waitress Date David Johnson friends Drive Race Cars Motorcycles & owned Apartments & House by many different Cubs Grocery & MGM Liquor Stores. Adam Step Dad Brother NIDEC Navy Generator Builder son Cub Grocery Frozen Food Manager kidnaping many Girls.

Mankato Ski Area Hidden Trees Drinking Illegal Drug & Sex by House Adam Mom 1st Cousin Bruce run Indian Pow Wow & 100% only take Adam to Cubs Grocery.

Delta Airline Piolet Finch husband Ski Instructor NFL Denver Bronco Player sex many 15 year old Girls had sex with Steamboat Ski Area Employee Housing Cooks roommates Drug Dealer Ski Instructors Apartments both sides entrance.

MN Mayo Clinic Rochester Blair Only 1 Person allowed Retake Ski Instructor Exam by Steamboat Kids Ski School view 3 Condos of 5 Jewish Families Let Adam live alone in there House Free Prepared Food, Delta Pilot Sharin Finch, Adam lived with Jew Dentist Ronold Hagen, Adam Live in 3 Houses with Miami VA Hospital Donold B Williams  was USA Head Heart Surgeon Mayo Clinic 99 Miles to Adam Mom rented a Farm from Congressman Wigley Died Heart Attack Driving his tractor by World Biggest Farm Fest Owner Vickey Buss Dad 10 miles Mankato USA 17th vice President Colfax Died Heart attack RR Station Reality worker Mulligan sister McDonald's worker Double Team Sex Adam in Parking Lot MSU Hardee's Hamburgers with Joy lived across School Cook Lisa Dooring House Carni Avenue to Woodland Hills Cemetery & World's Largest Soybean Factory CHS Amelia Earhart father worked at RR Died Colfax missed next Train Stop Rock Island arsenal Born TV Leave it Beaver an Airforce Pilot.

Largest Military Food supplier Sodexo = Princes Diana Children Born Hospital Felix Hoffman founder Heroin in Bayer Aspirin founded Auschwitz World Biggest car parts BOSCH monopoly outfitting NAZI airplanes. Albert Hoffman Founded LSD psychedelic at Novartis Gerber Baby Food founded John Fremont Michigan Lumber rebuild Chicago Fire = 11 Nuclear Reactors in Illinois has USA cheapest Houses. Hardee's Hamburgers by Covid 19 closed Jail Died Joseph Smith MORMON Church Founder Brigham Young Cemetery by WAPA Electric & Governor Utah Founded Dynamite Nobel Huntsman Styrofoam Box McDonalds Hamburgers & Green River Nuclear Reactor & Salt Lake City Social Security across Arcom Most Architects use Building Software Arcom Designer Adam Brother House view Grocery Store & married Jennifer Strege runs Robotic Hearts Veterans VA Hospital, Jennifer Parents, Marge McDonald & Ronald Hoffman Pig Shipping by Adam Dad WAPA Office across Prison Jamestown North Dakota while Miami VA Heart Surgeon Jew Donald Williams & Ronold Hagen take Adam to Club Amnesia & Miami Airport headquarters' Burger King.

Adam Uncle School Board Director Jim Kazemba many Pig Farms. Wolf Creek Nuclear Reactor by Farm Annette Rode owned Farms by Green Giant Food & Adam Grandma Farm neighbor Kopischke Hog Shipping owner only House by Churches Across Lake Crystal School Office Director Annette Rode & Green Giant Food Janitor where only Nice People at Funeral of Grandpa, Adam ride in Car with Cub Grocery Store Managers Mom & School Cooks Daughter said Adam would be a Nice Catch at Funeral, Cubs Mom Lake Washington Connected German Lake House School Cook Dooring & Mom  Never Eat what everyone else eats Vegetarians Lake House neighbors Philp and John Clammer Bring 1000 Free Donuts to School Every week with Gina Dooring married Christian Rock Band Army Soldier purchase a House beside Future Nicollet MN Strip Club by Meat Market Nicollet MN Population 1000.

Adam Great Grandma Farm Became Furniture Store School Tunnel Kidnaper Mark Putman Uncle Cocaine Dealer House by Twin Cities Cubs Grocery.

Age 35 David House beside Hi School Administration & David current House neighbor Lawyer at MN Federal Reserve Building Lawyer wife School Teacher Amber born by Smithfield Ham SD move many kidnapers friend NAVY Pig Farmer son David graphic Designer Racing Snowmobile Stickers Caliber owner  Hellman &

Friedman 25 billion Asset manager Envision Healthcare, Custom Drywall elevators kidnaping people at Abbott Laboratories Saint Jude Children Cancer Hospital old owner Solvay Honeywell made Gun Sites Atomic Bomb Hiroshima. Honeywell Uninterruptible Autopilot Bowing Airplanes 911 World Trade Center 2 Nuclear Reactors basement 1993 Ryder Truck Bomb Osama Bin Laden 911 Flight 93 Terrorist stopped by CEO Abbot Lab Thoratec Heart Failure Treatment & Breastmilk Similac founder graduate UM Pfizer Vaccine Shareholders $60 Mil fight replace Board Directors Honeywell Procter & Gamble = Breastmilk Novozymes Evonik 56 Nuclear Reactors French President Macron ran Nestlé's acquisition Pfizer Baby Food Gerber WW2 Nestle 1st Chocolate Companies sold to all McDonald's Egg supplier Cargill USA Largest Private Company headquarters & Medtronic Robot Hearts Builder Opus Construction

Honeywell Solvay Phillips 66 Billion Gallons yearly BIO Diesel Fuel used cooking oil Darling Ingredients World Largest Collagen gelatin Vion Slaughter 15 mil pigs yearly

MN Federal Reserve Bank Director Opus Construction Founder son worked at AXA Bank hit by 911 Airplane Tail fire AXA Bank insured by Alliance & Deutsche all 3 owner insurer Holocaust Gas Chambers Deutsche Bank Loan 2 billion Donold Trump owner new AXA Building tenant Sidley Austin 600 Lawyers in World Trade Center none Died 911 Attacks & Manhattan Covid 19 volunteers 700,000 Free Meal donator Turner Construction Build Trump AXA, Trump Tower Tampa & $2 Billion Ohio Vantage Data Center = 35 Worldwide Vantage Data Centers 4 in Germany Europe Largest Data Center Frankfurt 1 NNT Data Center 120,000 employes 50 Countries Car, Hospital, insurance & Grocery Store NNT Data Center Nuclear Submarines & World most complex weapon systems NTT Data 88% 100 Richest Companies USA & World Wide McDonalds NNT Data Burger King & WHO Covid 19 CDC & Pig Slaughterhouse NTT Data Owned by Nippon Gov monopoly Japan Telephone subsidiary Cirquent Data AXA NAZI Allianz & Deutsche Börse Stock Market post-trade Data BlackRock, Citi bank & Manhattan NYSE Stock Market Data Centers in New Jersey undersea Internet cables Paris & London Stock Market UK Largest Virtus Data Center by Horton Light Railway to 6 Large Mental

Hospital 100 patients worked Hydro Power Plant. NT Neuron Cel transmitter Nobel Prize Jew WW2 NAZI metabolism Studies Otto Frank–Starling law Heart Attack Stroke volume assistant founder modern dietician Father Munich Germany Royal Superintendent Architecture.

World 1st Data Center ENIAC Nuclear Bomb. Bible Datan Date poison fruit Farm destroyer Chemosh Moab false God idol worship Nuclear Missiles idolatry Computers Smarter God

WW1 Cancer 1st Chemotherapy Drug alkylation Poison Mustard Gas Nobel Prize Chairman Albert Einstein College Medicine World 1st Coronary Heart artery bypass Operating Room founder 1222 University Padua Italy 1st Head Master Harvard Nathaniel Eaton wife father Thomas Graves 1600 Virginia Company London charter King Scotland died House sold to Fullers Brewery London Largest Horse Shoe Brewery Beer Flood kill 8 People. 20 Brewery Beer named Cannibalism. Philippines largest brewery Red Horse Beer Yokohama Brewery founder exported Green Tea Nagasaki.  2013 Horse Meat Scandal 5 Big Supermarkets, Sodexo Biggest supplier UK Schools Food Horse Meat World Largest Caterer Compass Group feed Soldiers Iraq Afghanistan & UN

John F Kennedy assignation Oswald Graduate University Michigan UM Pfizer biggest Factory Covid Vaccine Transport Boyle Semi Trucks UM graduate Minister Hi School Education founded Jordan 1st Nuclear Reactor Program SESAM Umicore Uranium Mill by University Lubumbashi massacre 290 Students.

No Insurance 65 mil Homes lost WW2  Army Donate Sacks Flour = WW1 Torpedo RMS *Lusitania died founder World Largest*  Brookfield Assets, Microsoft Data Center World Largest Brookfield Renewable Energy AU Largest Origin Energy UK Largest Electrical Provider Octopus Investment Headquarters London Smithfield Meat Market mass Grave, 200 Mil People Died Bubonic Plague originate World Deepest Lake RU Nuclear Sub Base RU 1st Joint Stock Market Company Marina Oswald born Severodvinsk RU Sub Base Battle Alma Crema War Napoleon Battle Alma Bridge Died Princes Diana

British Colombia University founded Covid 19 Lipids biggest Maker University Texas Chile Restaurant Worker Mother Marina Oswald lives by Princess Diana Cheff Darren McGrady Cookbook Eating Royally = 40 Cookchildrens Hospital's Dallas TX. Headquarters World Largest Funeral Service beside TX Federal Reserve Bank Walker St.  France OGF 2nd Largest Funeral by Producer orange-flavor triple sec liqueur Factory

Princes Diana many relatives Movie Stars & Robert Boyle Poison Gas Bloodstream founder Cannibalism Cell adhesion Gas Methanol Embalming Fluid ancient Egypt Mummy Boyle assistant perform 60% property surveys after 1666 fire London & Worshipful Company Butchers Beside Bartholomew Hospital WW2 Bomb Sept 11th & Sherlock Holmes fake death in Empty Hearse & Robert Boyle Dead Body Snatcher John Hunter founded World 1st Vaccine Cowpox Smallpox Kill 800 Million People Nuclear Bomb Earth Blame Smallpox World Only 2 Research Centers EpiVac-Corona Vaccine Factory RU WW2 Biological Weapons & WW2 Centers Disease Control Land Gift CEO Coca-Cola. Smallpox 50% Death African Congo acquired 1885 by Germany Social Security Founder named Bismark

Shrek Princess Fiona a cannibal.  Cannibal Princess Author Worked in Candy Factory.  20 People Adam knows in Canada all from British Colombia + Whistler Ski Area owner Gondola Cable Hemp World Largest Spring maker Yokohama Japan was small fishing village founder *Admiral Perry direct descendent Mayflower & Purple Heart 1st Winner General Mcarther grandfather Medal Honor Civil War Battle Missionary Ridge, Chattanooga Meat Butcher Parking lot Bar Fraternal Order Eagles Bingo Meat Raffles supported 1st legislation founder Social Security  & 1st mothers'-pensions.

World Biggest Vaccine investor Black Rock Jew founder Schwarzman CEO Donald Trump Policy Forum compared Obama raise Tax Rate to Stop Nazi invade Poland & Donate $25 mill Schwarzman Animal Medical Center Headquarters Turner Construction Build many Prisons & Clemenson Veterinarian College founder daughter married 7th President  John Calhoun stole Hawaiian Islands land & USA Revolutionary War start when Napoleon Defeated by British help Indians lose War   British Purchase USA Penny Acer then Debtors Prison.

Donut founded Amsterdam Lime Ship to Slaughterhouse Cows in Tunnels under Streets World Trade Center Manhattan World Trade Center Turner Construction World Largest Industrial Gas Linde WW2 Poison Gas Sanofi Hochtief made Bunker Suicide Hitler many House Builder Hochtief ACS Group 60 Construction Companies 122,500 employees =  Turner Construction headquarters Manhattan Hudson Yard Slaughterhouse Baker Warehouse Uranium Bomb Hiroshima South Africa Uranium One Rosatom Purchased from President Obama, Donald Trump accused $145 mill Bribes Hillary Clinton 2010 missing emails to Uranium One Kazakhstan.  D Baker owner Amalgamated Uranium Navada-Denver Railroad Pueblo Colorado Uranium Corona Avenue & Uranium Mill Canon City CO by many Federal & State Prisons

Turner Slaughterhouse Became headquarters United Nations Turner Construction Climax Uranium Colorado School Mines Police Chief Dustin Olson try kill Adam 20 times when Dustin Police Chief (2 UCSB Sanat Barbara CA (3 University Las Vegas During  911 Attacks Bin Laden Family at Mandalay Bay Cassino Jason Aldean Harvest Festival  shooting Killed 59 People Police Chief Lahaina Hawaii Fire burn Biggest Drug Dealers House across Famous Dave's BBQ beside Employee Housing Custom Drywall Fire same Day DC Supreme Court return Adam writ corrections. Maui Taco Restaurants Owner Daughter House beside Biggest Drug Dealers House owner Dad guard USA President News Paper Picture Refrigerator Door roommates Army Solders Valet Car Parker Hotel luau BBQ & moved House beside Lahaina Mall City Bus Stop
Baby Baby Corona Song Germany Record Label by Founder Plastic Coated paper Milk Cartons
Church Beside Berlin Stock Market Bomb Operation Corona RAF Bomb Command Winston Churchill founder Social Security 1911 British Doctors Heart Attack Study WW2 RAF Bomber Bodney Airport only by Big Cheese Rat Poison Factory & 1820 Grain Windmill. Churchill grandfather Burgomaster the King NYSE Stock Market was African Slave Stock Market beside 2 Churches Sheep Farm became 1930 World Tallest Building 40 Wall Street lease owner Donold Trump Born 1 mile Corona World Fair & Trump K K K Father died Spanish Flue & Build Gravesend NY  Corona Queens House & 27,000 Apartments Solders WW2 mother Christ

Trump & founder Heinz Ketchup born by Pied Piper, Founder Heroin & Ramstein Air Base European War headquarters was Worms Diet Colberg printed 1st German Bible 2nd Headquarters Mag Flashlights World 1st McDonalds by 16 Died San Bardino Shooting. 911 Terrorist Flight Training University San Diago Swimming Pool Nuclear Reactors & Nuclear missals General Atomics 3 sides Headquarters Pfizer Vaccine San Diago McDonalds shooting kill 23. Mexican Restaurant Building Homeless Shelter Corona CA 6 McDonalds 1 at 911 Mobile Mechanic Gas Station.

Space Aliens in flooded Uranium Mine Elbe River NAZI Neuengamme concentration camp put Human Body parts in bricks factory Port Hamburg Poison Gas Hydrogen cyanide arsenic Poison Grain Dealers son Carl Scheele Founded carbonated Soda water, molybdenum, tungsten, barium hydrogen chlorine, organic acids, tartaric, oxalic uric citric hydrofluoric hydrocyanic Lime & Gunpowder potassium nitrate preserves lunch meat Uric acid Blood Plasma

 22,000 Sq Feet Data Center Hamburg Airport 1st Jet Service NY

Inventor Cruise Ship World Largest Shipping Hamburg-American Line World 1st refrigerated RR Cars WW2 Thermo King 78 Employees Died Flight 911 Crash Fuji Volcano

911 Terrorist Flight 175 Impact Zone hit all Floors (1 Fuji Bank Founders granddaughter Yoko Ono married Beatles John Lennon (2 Duluth MN founder Marsh & McLennan MMC 385 Employes Died 911 & MMC investigate Osama Bin Laden 1993 World Trade Center Bomb, USS Cole & Columbia Space Shuttle Crash Rubber O-rings Factory by Green Hi School Butcher 2 sons NASA Rockets & Goober Pyle gas station Sheriff TV Sheriff Andy Griffith Grocery Store world largest fashion retailer Macey Founder Chairman Corona World Fair by 1st Band Madona, Syvester Stallone & Jew Founder Home Depot. Died School Teacher NASA Astronaut Born Framingham MA Sanofi Vaccine Headquarters Bose Speaker owner MIT University nuclear weapons. last man on Moon 1972 *Chief Navy Admiral David McDonald lost moon photos inside abandoned McDonald Hamburgers*

98% Earth Population Died Plague Flue Smallpox

Revolutionary War debt founded NYSE Stock Market Exterior & Floor Granite from Deer Island 1670 Indian Prisoner War Camp became 65% Island Waste Water Treatment Plant Egg Digesters dump raw sewage into ocean. Kidnapers House often across Harbor Freight tool Stores sit many Homeless looking for Work.

40 People died 1920 Bomb Manhattan ICE Stock Market founder Coffee House Buttonwood Plaine Sycamore Tree Tax Collector World 1st Stock Market money Center traders tables tipped over by Bible Jesus in Prison stocks chains. 911 Attacks Founded TSA Airport Homeland Security ICE.

King Franks Charlemagne kill 2 Prince by World 2nd Largest meat exporter Germany Tönnies Slaughterhouse 2024 Ukraine Refugee Forced Labor NAZI Essen Concentration Camp build Elevators Thyssenkrupp Steel in Volkswagen Cars Gelsenkirchen concentration camp Cole Miners NAZI Tönnies Slaughterhouse Owner Schalke 04 Football Team founder 1933 Nazi Reich Sports Office Olympics Director Hitler Youth banned Boy Scouts. Cemetery Founded Tombstone Pizza Mom ran kidnaping in Tunnels under God Father Pizza across Mankato Police Station 1st Happy Chef Restaurant. Sandra Morgan daughters (1 Lived at House Germany Mercedes Benz & got 10 Foreign Exchange Students arrested Cocaine (2  1st employer founder Jeno's Pizza Rolls *Totino* General Mills Minneapolis MN Grain Stock market Miami FL & Princeton University Grain Stock market by World 1st Adult Movie Peep Show Thomas Edison Lab World 1st X-Ray Radiation Death by Amazon Warehouse & USA Headquarters Evonik Degussa by Camp Kilmer USA Largest processing soldiers sent to WW2 Largest Processing NAZI Prisoner War Trains 600 POW Camps released Camp Kilmer FEMA 911 Attacks temporary headquarters Federal Emergency Management FEMA Oklahoma City Bombing Court Hearing by McAlester Oklahoma Moab Bomb Tomahawk Nuclear Missel Central Command CENTCOM  on African Graveyard

Catherine Walker Dress Funeral Casket Princes Diana owned Blue VW Car & Ford Escort Hatch Back Factory Regent Oil Refinery Thames River & Ford Escort factory Nazareth born Jesus = School Tunnel Kidnapers own Most all Nice Cars & Motorcycles. Stem owned Yellow VW while Greg Walker owned Red VW &

Red Yellow Motorcycle Painted like McDonalds Jokes. Drug Food Building Reba McIntire's House AU Roofers wreck Pickups & Adam wreck Red Honda Civic so River House tried give Adam yellow Civic fore Illegally Working on House Beside Post Office arrested Biggest Drug Dealer in Wheel Chair. Hi School Adam & Brother owned Brown Cars.  Adam + Family + Friends + Nidec Workers all Purchase White Vehicles before & After World Trade Center Nuclear Reactors Human Hearts Covid 19 Semen in Russia Nuclear Missel Triggers Manhattan Project Sperm Banks Corona CA Walker Funeral Services.

Anna Boettcher runs Cocaine Procurement at Howard Drive Nidec 1st Moon Landing Generators across Trailer Park Adam step Dad saw his NAZI Dad shoot Himself in Head. Adam Grandpa Howard Strege State Farm across Account Boettcher on Street Immanuel Church across House Heroin Dealer Chad Boettcher & Cary Burger best friend Amy Menard die in bathtub Adam 100% only Pass out Drunk with Navy Children last saw Cary Burger Rollerblading on Bridge above Hidden Tunnel to Adam best friends House the Sakatah Bike Trail 2 ends (1 Dairy Queen Faribault MN Farm Tractor Dealer, Hotel (2 Mankato MN classmate Farm Laundry Company many Vans BMX Bike Track moved BMX was only by 1 House Glen Taylor view  House Cary Burger House on Stoltzman Road  Old Hardee's hamburgers & American Family Insurances  Across Mankato West Hi School Kidnaper Randy Stoltzman & House owner American Family across House Beautiful Girl Date Drug Dealer Live across House Nidec Cocaine Dealers Dwain Beaver move across House Adam best friend Walker Kidnapers all 3 House beside 7 mile Park then move House on Lakes named After Presidents Founder Stock Market 15 School Buss Stocks.  School Buss Stop at Edward Farm then Jones Farms many Empty Farm House suicide. friends Hy Vee Grocery Store Workers Apartment across Cary Burger age 6 Ran Kidnaping  Church Tunnels  across Cort House & CBRE Federal Post Office beside Grey Hound Buss its Founder Born Mora Sweden witch trials Satin Ridding Cattle stealing Children & MORA Knife Swiss Army Knife founded Roman Fort Spanish Flu Killed 100 Million People Originate Fort Riley Manhattan Kansas Government Website Maker Civic plus Headquarters' Engineer Bannister Federal Complex most part Nuclear Weapons was Kansas City Speedway Race Track WW2 Art

Pillsbury Build WW1 Beverly Hills CA Speedway Founder GM & Ford made many Nazi Army vehicles.

Adam very 1st Date with Sandra Morgan at 6 Indian Murder Trial Apple Valley Courthouse Carpenter John build the Jail his Son was in across Walmart Pharmacy Adam and John build 8 years later Sandra Morgan Take Adam to 30 Restaurants Pad Thai food founder Battle Manhattan, Sandra Daughter Favorite Movie Shawshank Prison Redemption, Favorite Corn Band & Favorite Vietnamese Restaurant by Black Dog Power Plant across River Schum Drywall the 911 Terrorist Flight Training Building & Low Income Town House 3 sides Burrow Criminal Apprehension Adam co-worker Amy Solder Brothers ran Security at Hinkley Casino & Tobi Donuts owner House beside House Government Wetlands Director Husband Donald Carlier Build Court His brother Bid. Paul Antonich parents 2 School teachers 500 times bring Free Tobi Donuts to Sandra Morgan & Adam Houses Start & End Worlds 3rd Largest FireStorm Hinckley Forest Fire memorial grave assassin Grocery Store Owner Indian Reservation Food Director President Abraham Lincon free African Slaves & Founded USDA Food Service. Covid 19 Originate Wuhan Live Animal wet Food Market many Hotel. YouTube & Google founded Jews Garage Apple Computers Dad owned Village Homs Syria World largest Chariot battle. Many Suicide Forced Labor Apple Computers Foxconn Factory by World Largest Dinosaur fossil

X Jesus Born Animal Manger Inn Hotel & moved Zebulon Elon musk testicle

Sheridan Priest Band Roman Solders Pilate Crucified Jesus at temple de Dieu Calvary or Golgotha means place Skull Gina Tobi Jerusalem Wall Builder Hadrian Wall Street. Vegetarian Hitler Born Inn & Attend Art School was Slaughterhouse. Israel 1st Defense headquarters Red Room became Sheraton Hotel is vacant land. Adam Mom visit only 1 Nice Hotel was same Sherton Hotel Adam 1st Date with Sandra Morgan ran 200 Foreign Exchange Student events at Sheraton Hotel by Social Security & Headquarters (1 A World Largest Burns McDonnell build Pantex Stockpile Nuclear Weapons assembly & disassembly SOM Proctor & Gamble Nuclear Factory became experimental Cattle Feeding TTU University (2 General Mills (3 Schwan Home Food Delivery Cocaine Heroin Dealers ride Schwinn Bicycle.

(4 Headquarters Vikings NFL Football Stadium Builder Glen Taylor & Turner Construction Interstate i35 Bridge Collapse Beside (1  Red Cross headquarters Sandra Morgan (2 20 Flour Mills where World Largest Mill Pillsbury General Mills put spent Nuclear Fuel in Grain Flour cause 90% Great Lakes Fish die few years.

Hell Hades means Argus Fire. WW2 Grece Elevator Company Owner ran Argus Nuclear Missel Test. Project Pluto Heart Nuclear Missile Hell nuclear Engine Airplanes.  Hellfire Missile attack BBQ Al-Qaeda  Zoroaster  Jihad Liberation Army Holy Site Bombs USS Cole & USA Embassy Cairo Moab Bomb cave Bin Laden make VX Poison Gas. Medical Factory previously built Satan 11 World Largest Nuclear Missile factory Roskosmos across Moscow Courthouse tunnel Burger King in Pharmacy Building.

Missing Children Award Winner Owner Johny Rocket Hamburgers +  Ray Hell Burger  Founded Silver Springs Maryland all USA 1st Nuclear Missile Triggers EG&G Founder born Fremont NB,  EG&G owned by $426 Billion Carlyle investor meeting Osama Bin Laden Family during 911 Attacks & Owner DIC Chemicals BASF Zyklon Poison Gas World Largest Sun ink founder CHURCH member Captain Cook eaten Cannibals, Sun Ink Troy NJ supply guns Indians retook Manhattan NY purchased with VOC Nut Meg Spice World only 1 Supplier Dutch East India Company VOC Founded many Counties Stock market & monopoly Opium smuggling . Egypt Last Cristian Prime Minister assassins hid in Egypt Stock Exchange Basement print flyers Nobel Prize literature 1952 coup d'état King Egypt Counterfeit money Bible beginning Word Was With God $ Bill Gate Heaven WWW Internet Founder CERN Hadron Collider $22 Billion

Hong Kong Stock Market founder Jardine Matheson Opium WW2 Ammunition Largest Builder Fast Food Restaurants & Nuclear Reactors.

 Opus Build Valley Fair Amusement Park by Pizza Hut only 1 Restaurant Aunt Cindy Take Adam to by Burger King only 1 restaurant with Jason Sack outside Mankato School Board Office Holiday Inn Restaurant owner Restaurant Lebanon War refugee Mayor appoint Government Land  Committee Drug Addict children Mom Aunt Koch only Take Adam to MOA Siemens Nuclear Owner Buba Gump's

Shrimp by American Doll Schum Drywall. Adam knew Drug Dealers at most all Restaurants ate at Biggest Cocaine Dealer Jackson Hole Wyoming roommate Radio announcer date 10 Food Waitress = NZ AU Girls Kidnaping House by all Ski Area Post Office Steamboat Radio announcer Husband owned 80 Kayaks = Wave Sports & Jackson Hole Kayaks Owner Ran Kidnaping. Kokatat Dry Tops beside Builder Eureka Court House & Humboldt University Black Sand Beach  Japan 1st Attack Pearl  harbor.

Porn Magazine Star married Adam Steamboat CO Boss Tom Turner leaning Backwards in People Magazine Tribute Death Gerry Garcia Grateful Dead. OPUS Bob Nelson, Dick Orndorff & Tom Turner murder Senator Wellstone. Princes Diana drive Kids school Singing Tina Turner Songs Who needs heart when a heart can be broken.  Many Navy Children with Adam Brother Hide Cocaine in Mister Potato Head Dolls & drop Bags cocaine out Holes floor Rust Car Mom Play Song Drove my Chevy to Levy Drinking Whisky & Rye this Be Day Die then 30 Years Chevy Cars kidnaping people with 10 kids named Ryan.

UR Roman Hunter Goddess Di Diana wonder Women

Europe 1st heart transplant Salpêtrière Hospital Climax Uranium Diana Falls Telluride CO Hospital Director Diana  = 2 McDonald Headquarters BMO Bank West Paribas Bank Building Car Rental Twice wrecked Mecedes died Princess Diana's son born when Princess Anne at BBQ with Governor NM ran Church Rock uranium spill United Nuclear Corporation UNC Carlyle  Burger King McDonald Happy Meal Toy Beanie Baby Manhattan NY international Toy Fair founder  WW2 toy import restrictions. JFK died Midnight Blue Lincoln Continental = Free Breakfast.  Fired dressed as Hitler Tom Green married Drew Barrymore Makes Heart Shaped Dutch Oven & Et Actor gave poop emoji doll to Princess Diana play Tennis with Dustin Hoffman by Smithfield Market & Diana midnight Blue Dress White House dance with John Travolta Grease Film & Diana with NATO Nuclear missals Helmut Schmidt Rat Police Hamburg City Hall North Sea Flood kill  347 People

911 Firefighters Free StarBucks Coffee founder (1 Captain Star Buck Adama TV Battlestar Galactica (2 Quaker Starbuck & Peleg cook on Moby Dick ship depart Manhattan Christmas Day.

*Slaughterhouse* Manhattan Hells Kitchen Namer World Smallest Nuclear Missile Davy Crockett died Battle Alamo by Good Heart meat supplier across ADL Animal Defense League Hospitals Manhattan Jew Anti-Defamation League hunt Nazi ADL founder Ethos Water Starbucks Coffee Naked Juice Evolution Fresh owner Ledcor Construction try kill Adam 20 times PCL Maui Ritz Carlton built Graveyard Colorado Ski Resorts Builder PCL Ski Army Solders Build MSP Airport Kidnaping MOA Mall America Jew 555, UCSB Water Treatment Plant PCL Hockey Stadium headquarters Brookfield Mall 911 World Trade

Nazi Harvest Festival Kill Million Jews.  Manhattan Jew roommate Adam lived River House 600 Feet to Chop House Restaurant Jason Aldean shooting next Show Tulsa Miniature World Trade Center Magellan Gas start 1st 911 Charity.  Tunnel Kidnapers Only 3 Virgins Graduate Hi School last time Adam saw Cary Sodaman by Magellan Gas Adam Grandpa PCA Office foreclose many Farm during Farm Crises PCA Office became DOW Chicken Adam Family & Friends many Chicken Farms. Tulsa WTC Magellan start First World Trade Center Collapse Charity WTC  Designer Corona Park World Fair (SOM Architect) Wuhan Yellow Tower destroyed 12 times by war & fire, World Tallest Jeddah Tower SOM build 3 USA National Nuclear Weapons Laboratories Cancer Drugs & US Embassy Canada headquarters CANDU Nuclear reactors Chalk River NRU 16 mil year people cancer treatment NRU radioactive isotope cobalt salting Nuclear Weapons Albert Einstein letter founded Manhattan Project Rome Born Enrico Fermi "Patent" Atomic Bomb, Einstein refrigerator & 1st Electron microscope

Steamboat Sheraton Hotel cooks 1000 Times smoke Illegal Drugs at River House & Told Jokes about tipping over Portable Toilets with Girls Inside & Name Dog stain then call the Dog Come Stain. Minneapolis Airport Hotel Cooks date Beautiful Girls many Porno magazines all Adam 1st Apartment mangers date Heroin Dealers.

911 Close all 19 Germany Nuclear Reactors Maker Siemens E.ON Degussa NAZI Concentration Camps founder Uranium Harz Mountains. 29% World Uranium enrichment URENCO on Boarder Rhine River most Slaughterhouse. Solvay 1925 Nobel Prize Franck–Hertz poison chlorine gas Ultraviolet vacuum atoms gas plasma founded Pregnancy ultrasound & Semiconductors. Hertz Car Rental Solvay $850 Mil Factory electric Car. Hertz Yellow Taxicab Motors Continental USA Nuclear Missile Command NORAD NORTHCOM

2001 Died mostly deaf blind Founder German WW2 Atomic Bomb Werner Heisenberg Concentration camp became Biogas Power Human Sewage CHP Combined Heat Power Nuclear Reactor TEOR Slaughterhouse Pig manure McDonald's grease recovery USA World Largest producer biofuel human energy Chevron Renewable Energy REGI Headquarters by National Veterinary Services Laboratory beside DSM food ingredients Factories 50 countries DSM founded Penicillin hidden from Nazi & Patheon Thermo Fisher Covid vaccine

Unit 731 Biological Weapon experiments murder 500,000 Prisoners 100 Mil Died Floods by Yin Yang World 1st Gunpowder in Cook Book World 1st Gun a Fire Lance China Largest Gun Powder mill Wuhan founded China Largest Steel Baowu ThyssenKrupp Ball bearings Nazi Tanks WW2 Largest Bombing Target Dortmund Germany 1867 Dürkopp meat butcher & sewing machines founder Manhattan NY Brand *baking powder*. World Largest Cellulose Cigarette Filter, Wedding Dress & Rubber maker Sanofi-Hochtief Alfred Nobel Nitroglycerin explosives founder Beef Bouillon Cube *Justus Liebig = Hitler Belgium Umicore Uranium future Eiffel Tower Human Zoo NATO Headquarters moved Brussels Human Zoo World 1st Nuclear Bomb Statue Atomium 1935 World Fair Docks $20 mil Public Outdoor Swimming pool on roof Slaughterhouse end Nazi ghost train by Roman roads crossed N2 Road ends World Largest Bible Paper matchstick maker Sappi-Sanofi-Potlatch Lumber worker Donold Daughter Sandra Morgan. Jews ran most 1st Nuclear Programs Directors Relatives Preachers

1700 AD Crucifixion Jesus Oil Painters Ferrari Domenico Family & Giovanni *Ansaldo. NAZI Founded most all Super Cars = Enzo Ferrari by Moderna Vaccine Receive no Royalties Covid Lipid Founder polymun by Womb Bicycles & World

largest Vaccine Viel SPAMI + Bad Oeynhausen Germany 1745 AD  Pigs in mud salty crust founded world's highest carbonated thermal salt spring. Lamborghini named USA Founder Christopher Columbus Poison smoke Gas Hatti. Romans Founded Mustard Medicine at Dijon France Road to Paris born France Admira founded Mayo Mayonnaise & French Fries.

 Immigration Macdonald House became US Embassy London

*Hamburger Founder (1 AUTHOR Journey Center Earth (2 Plain Easey Cookbook Author Dressmaker =* Princess Diana Honeymoon start Waterloo Bridge Nuclear Waste RR Train by Women in Nuclear WIN  &  UK Largest Brookwood  RR Cemetery Builder Invalid Prison & *Horticulture* Robert Hogg & Charing Cross Underground RR station relocated 8000 Cemetery graves & sewer Prince Wales Commonwealth War Graves Commission founder CEO RIO Tinto Uranium Orange River copper Mine 3000 BC. Port Bristol Barry Island Train graveyard. Mayflower Ship Cemetery only by Duxbury Police & City Recycling. RR tunnel under Corona Queens NY cemetery Light RR ends Brooklyn NY Amy shipping port George Bush MDC Federal Prison was Cost Guard Station demolished controlled explosion. Puerto Rico MDC Prison by Cost Guard. 2004 Iraq War Battle in World Largest Cemetery hid weapons. Chicago Pile 1 Nuclear reactor buried underground Cook County has 106 cemeteries & Chicago Unclaimed Body Cemetery Office kidnaping Back Door to Fence Company BBQ Restaurant. McDonalds Hamburger founder Cemetery founder Polio Vaccine, Manhattan Project & 2nd Woman Nobel Prize Nuclear shell model Aage Bohr lived Mansion Laboratory World 6th Largest Carlsberg Brewery Nazi Swastika Label Beer Bottle
 WW2 DuPont Dynamite founder World Largest American Airlines  = Adam Step Dad & Aunt Koch work ABB remove Nazi Swastika Logo & BBC Nuclear Reactors Vickers Church Bell Factory founded Briton 1st Submarine & WW1 Handley O Page Bombers converted to World 1st Passenger Airplanes World  1st stewardess Ellen Church Born by *Feather-lite* Horse *Trailers 85% NASCAR teams.* Albert Niemann 1st Isolated Cocaine Poison Mustard Gas Napoleon Battle Leipzig Germany University World Oldest Papyrus Cook Book &  tannery animal wagon maker Catherine Freyer grandchildren Wright brothers +  Charles Lindbergh where WW1

Bomb Pilot founded American Airlines USPS Airmail Southwest Airlines. Machine perfusion Organ transplantation Nobel Prize Alexis Carrel with Lindbergh Airplane Friedrichshafen Build most Europe Car Transmissions Panzer Tanks, Friedrichshafen Europe's largest Ham Radio convention & Neuralink Computer Chips Pigs Brains Tesla Electric Car SpaceX Factory by Last Battle Texas Civil War.  Tesla Berlin by Testa Zyklon B Poison Gas maker WW2 World Largest Company IG Farben Rothschild Jewish Monopoly Poison Gas Forced Labor in Uranium Mines and Salt Mines hid NAZI stolen art work, WW1 All Germany Gold & Silver Coins Mint Evonik Degussa became World Biggest Chemical Companies Food ingredients Factories Solvay end Nazi Train Belgium Congo bomb Hiroshima Uranium Miner Umicore Drug Cartel Founder Napoleon Bonaparte, Pan-Tera Umicore Uranium  Evonik Degussa CVC assets management $186 Billion owner USA Petco & Formula One Groups McLaren Ferrari & World Largest Olive Oil CVC Deoleo. USA Largest 10,000 CVS Pharmacy founder only made WW1 Army Shoes. 300 Branches Degussa-OLB Bank largest shareholders Texas School Teacher Retirement Fund Toronto Canada Teachers Pension owner Most Nuclear Weapons. Aircraft carrier Enterprise Car Rental
Fremont CA Tesla Car Factory by Bloom Fuel Cell AEP power Data Center Donald C Cook Nuclear Plant

Europe Largest Moabit Criminal Court World Largest Nuclear Reactor Founder Berlin many WW2 Zoo Bombings Robert Koch Examine Virus Criteria & Alzheimer Disease Founder in Germany Largest Frankfurt Cemetery graves founder Sanofi & Germany 1st pilot's license. Muyuan World Biggest Pig Producer profits grew 1,413% African swine fever virus.

Manhattan 911 Memorial maintained by Online Police Reports LexisNexis Dynamite Nobel Paints LexisNexis by AECOM owner World Largest Yucca Nuclear Waste Missile Test Site Apple ll House Nevada Sugar Bowl by Las Vegas  founder John C Fremont Moab Trail Earthquake Fault Smithsonian Museum founder Electrical telegraph. LexisNexis in Helmsley Building, Hideki Yokoi in Prison financed Donald Trump lease Empire State Building Trump make lot money break lease, Donold Trump winning bid World Trade Center months before Collapse

WTC prisoner war (Architect) Tulsa WTC, old  MN Work Comp & Rynolds Aluminum foil.

 Trump Labor Secretary CEO Hardees Hamburgers Amy Founder Silo Restaurants Covid 19 Originate Chapel Hill University UNC Tar Heals Michael Jordan Basketball named Tar Heals North Carolina World Largest Slaughterhouse Smithfield Ham. Delta Airline Piolet Finch friends UNC Nurses date Adam at Steamboat Ski School Housing & River House UNC Graduates House view Steamboat Courthouse. UNC a 1st Hardees Carl Jr Hamburger Founder Amy son a Catholic Preast Orange County Corona CA Moab Trail Adams Pony Express USPS Post Office Founder Bengamin Franklin wife Folgers Coffee Procter & Gamble ran all Nuclear Security until  911 Attacks taken over by CA Regents University Lawyers UCSB screw over Adam, Judge Donna Geck awards Millions to Fired Santa Barbara Jail builder Dying Cancer, Geck old Law firm by Hardees Hamburgers & Geck was Public Defender  by Once World Largest Cattle Yard Rockefeller Oil Refinery became Airport Opus murder Senator Wellstone.  1000 Homeless Cars UCSB University.

Tallow animal fat Biodiesel Plastic Synthetic Rubber Factory  IG Auschwitz Concentration Camps synthetic fiber Vistra World 1st Color Picture Film  IG Farben Kodak  = Vistra 3rd Largest private equity firm EQT AB owner USA Largest School Buses = Ryder Trucks
USA Largest NextEra Energy owned Colonial Penn Life Insurances National Beef Slaughterhouse Jefferies Financial Group & Berkshire Hathaway many subsidiaries meat processing = University CA, Google & Microsoft Data Centers USA Largest Electric Provider Vistra Nuclear Reactor became Moss CA World Largest Solar Plant baptized 81,000 Indians

 Adam relative Pete Bauman runs GOV Corn grasslands fire control & World 4th Largest Meat Packing & Prison on River = Jacob Bauman IOWA 1 Nuclear Reactor Corn Belt Power Google Alphabet founder Warren Buffett DONATE $50 Mil International Nuclear Fuel Bank IAEA CEO vice President Egypt 2003 invasion Iraq Nuclear & Wife School Teacher

Germany Born Leather Tanery owner Niagara Falls Nuclear Reactor Robert Moses CORONA World Fair Architect Elevated RR Greenway Manhattan 250 Slaughterhouse became sex clubs was VOC Trading Station Lenape Indian Point Nuclear Reactors Old Amusement Park steamboat Abraham Lincoln named Nuclear Aircraft Carrier builder Huntington Ingalls 1st Transcontinental RR ends San Fransico CA Bay Slaughterhouse became SeaWorld San Diago CA Escondido CA Police Car Impound Barham Road & Slaughterhouse start Siemens Trains ends Oceanside CA Closed Nuclear Reactor born 4 Kittens by Highway 101 Slaughter alley Dead Man Hairpin Curve Manhattan NY Union Square World Largest Guardian Life insurances founder 1848 Germany Constitution & Stop Europe Life insurances WW1

 Army Soldiers Founded most Fast Food Restaurants by House Army Soldier Veterans. Umicore request Chinese $20 Billion investments Congo & Covid 19 death Hospital UNC Chapel Hill University K K K Dairy Farmer founded *UNC Laboratory Ralph Baric Covid 19 VOC pathogen-Bin Laden atmosphere germs in Wuhan Virology Lab Director "Bat Woman Wang *Yanji graduated (1 Beijing PKU = Wu Bin Martial Arts Federation Jet Li, Wuhan 1 Mil Covid donator Donnie Yen Director Wuhan Wuhan Coronavirus Documentary (2 World Largest Sports Team Owner Anschutz Colorado School Medicine Land Donated by Lawyer of Alfred Packer Cannibalism Covid 19 Killing Chalk maker Colorado School Medicine Donator Senator Nighthorse attended Placer High School Donner Party Cannibalism human remains buried by Cannibal John C Fremont & NYSE Stock Market founders (1 Brett Heart wrote Bomb Explosive Books (2 Stephen Watts Kearny Cattle Ranch Phoenix 1st McDonald Hamburger Franchise by VA Hospital & 1929 Stock Market Crash land speculator Lost everything son WW1 Ambulance Driver Ray Kroc Founded McDonald by Kearny Ranch "Mormon Battalion" Moab Utah and Moab Trail founder John C Fremont Surveyed 18 States Land became future Nuclear Reactors, Climax Uranium & Singer Joe Cocker Adam build House Cathey Lee Gifford, Conne Chung, Harrison Ford Indian Jones poisoned Food Waiter Wu Han

 Germany 1st Nuclear Reactor Atomic Egg on Grounds 1972 Munich Olympics Munich massacre Jew Athletes food Waiter Terrorist mistaken Identity arrest CEO

Shipping Company Stollen Belgium Umicore Uranium Israel  Dimona Nuclear
Reactor Moabite Stone Wall border Edom Bathsheba World Largest Dead Sea
Potash 30% World Bromine Founder student Leather tanner son Founder Milk
Pasteurization Salpêtrière  Hospital vaccine Bubonic Louis Pasteur assistant
Wuhan Virology Builder Billionaire Alain Mérieux Drug Distribution 160 Countries
Rodolphe Mérieux & 230 People Died TWA Flight 800 JFK Paris to Rome flight. 27
Countries NutriSciences food processors Mérieux Covid 19 Lab Pile 1 Nuclear
Reactor Chicago Civil War Christmas Day open World Largest Hog Butcher Owner
Covid Lab Vanderbilt RR to UM Pfizer Headquarters NSF 150 Countries food safety
equipment test UM Basketball Coach Greene High School.  Vladimir Putin's
grandfather Cook RU President Joseph Stalin deliberately kill 9 mil people.
Taxation & Stock Market rate founder RU President Boris Yeltsin's father forced
Labor NAZI Cartel Potash table Salt Soap  Below cost price Nazi Potash Cartel
WW1 Nobel Hughes Baker Well Drills founded  Howard Huges purchase all small
restaurants resold & Founded Lidar Laser Rangefinders Cattle all  Big Fast Dood
Restaurants use Space Satellite Radar Lidar monitor people flow.        World
Oldest Big Film Studio Nordisk  Wallenberg family employed 40% Sweden's
industrial workforce & Founded Nazi SD Counterintelligence World Largest
Charity Novo Nordisk Headquarters by Cole Power Plant Converted burn Wood
Chips by Novo Nordisk Omega-3 Cod liver oil sold to world Largest Chemical
Company  BASF Patent Fipronil in Rabit & Roach Poison BASF AGFA Zyklon B
Poison Gas BASF CropDesign Sanofi Vaccine Biotech Ablynx single-domain name
antibody Nanobody Covid 19 & StarLink 300 Food Products genetically modified

SEM E-commerce Alibaba founder Sweden Largest Company Investor AB
Wallenberg Family Award saving WW2 Jews winner (1  911 Attacks (2 Rat Trap
film 60 gold platinum records Charles Aznavour in  Toronto Princess Diana Royal
Yacht owner Bouygues Build Normandy Nuclear Reactors Diana destroy Drugs in
White Chalk Reactor by failed landing  Julius Caesar cross Rine River Viking Cruise
Ships Paris, Diana Died by Crown Thorns Jesus, River Thames Water 90% Owner 4
major pension funds. Thames Water founder owner 4 Monasteries Jesus Born
Bethlehem Minefield Jesus Tomb moved Glastonbury Abbey Saint Barbara died
Gunpowder Explosion. 54 Knights Templar burned Steak Rome Parthenon marble

Frieze Drawing in Buckingham Palace many Popes born by Uranium Mines Vatican Museum postal stamps Crucifixion Resurrection Jesus Nuclear Missile Statue 66 ft Tall inside Vatican City Audience Hall 2,400 Solar Panels donated by Freiberg Meyer Burger Solar Bosch by Heilbronn NAZI Concentration Camp by Heilbronn nuclear reactor on Neckar River Concentration Camp was School. British Heart associations by Hyde Park Frieze Art Fair Deutsche Bank across London Red Cross.

100% All Prisoners Walk long Basement Hallways Tunnels Many Doorways to Puerto Rico Federal Court House by Denny's Hamburgers Caribbean Largest Pan American Grain, Burger King only across Tropigas propane credit purchase Free plate chicken. Walmart Manager Husband Mall Gum Ball Machine owner arrested oxycodone Drugs & regularly visit Outside Doctors, 3:00 Am Cooks 10 Drug Pharmacist arrested mail oxycodone Drugs all Kitchen Workers narks & foreign Prisoners on 5th Floor Food server takes Cover off Food Tray Himself. All other Floors 2 Prisoners Stand Behind Food Counter taking Cover off Food Tray handed to Food Server gives 4 trays to 1 Prisoner because 50 Prisoners share Commissary Food $250 Month max spending so Purchase account so 1 Prisoner purchase $30,000 Yearly, Dealers Jail Cell view all Entrance & Food Servers Play Connect 4 game. Adam mom worked at Woodlands Hills Cemetery Entrance House Play Operation Game & Hi Ho Cheerio with Brian Nailer neighbor Megan Crist, School Locker Closest to Burger King. Adam Locker views kidnapping Hatch then Locker always in the Food Line. Adam was only Suspended by 2 teachers there Classroom closest Kitchen Doors and Teachers Eating area sat retard future McDonalds Worker Brother David Johnson roommate Biggest Drug Dealer date School attendance secretary Daughter also Date Grocery Store Manager Rockey. Only Place Adam was beat up in Hi School was 15 times by School Kitchen Doors sat Jason Sack married School Tunnel Kidnaper Cary Lang often sat behind Adam then Became Drug Anesthesiologists. Many Army Soldiers died drinking Food Coloring in Vodka Windshield Washer Fluid Bottles of Adam Co-worker During 911 Attacks Adam owned 20 Acres beside Farm Anesthesiologists across Kennedy Bar & House owner RR Bar.

WW1 World Largest Drug Company Parke-Davis Merck employe founder Jacobs maintain Most Nuclear War Heads UM Pfizer Merck World Largest Cancer Drug maker DDT mosquitoes Poison,  PCP morphine Cocaine monopoly drug WW2 Soldiers before Battle China says Covid Originate Fort Dieterich Frederick Maryland Merck-Jansen  Covid  Vaccine *Johnson & Johnson vaccine Flu 100 mil died WW1*      Nazi Junker Airplane

Paul Plagel  & Taylor Date Rea Fredricks became Lawyer & date Amy Dieterich, & Ann Yang nickname "Sex Gang Bang" Jason Sack kidnap beautiful Blond Andrea Sour & Leslie Abbot telling everyone transfer to new School Tunnel Kidnapers Shane Hagen,  Trisha Junker, Angie Jansen, Jackie Picket, Mary Pfeifer, Chuen Wu, Orin date Principal Daughter Shelly Orman. Dentist Kelly Shook Mom Principal Lake House only place Adam boat fish with Grandpa & Step Dad end & start 114 Road Field Died senator Wigley  then Mom move 114 Carlton Court = 35 years around Kidnapers "Bo" letters in Names. Pfizer UM graduates Senator Wellstone attended Carlton College General Mills Factory Grain Elevator Duluth Lift Bridge 2 Siemens Horns beside Hotel Adam install all Doors on 1st Jobs after 911 attacks build Coffee became hells Kitchen. Corona Door knobs Corona Doors Plague atoms. Manhattan NY 40 Miles Nuclear Reactor Bridgeport 1st Subway Subs founder degree physics Columbia University Bomb Nagasaki = Princes Diana last meal Mushroom tempura fish. Adam Build Ford Dealer by Singer Prince last meal by Mayor Denny Chanhassen Dinner Sound Music David Johnson, Many Gang Parties Stem & Walker call Police from Dennys Hamburgers.

Adam Dad Neighbor Cocaine Dealer Pimp age 13 Chad Carpenter became Sioux Falls SD Drug Task Force Leader Police Security Camera Owner Father miner Climax Uranium

527 AD Roman Emperor Print Counterfeit Money at 3 Nazi Concentration Camps.   USA Money Crane Paper. Pastor Oldmanson NAZI Daughter Rachel married Lorin Crane is Adam Relative Pastor Redlin & Wildlife Painter Terry Redlin Museum Printing Press & WAPA Across Nutting Pig Shipping Trailer Director Neighbor Adam Dad Pelican Lake House across Schaunaman John Deere Tractors & Pelican Lake State Park across Lake House Candy Date Adam brother Worked City in Hi School, Dad  2nd neighbor Cortney Owner 20 Bad Rental Building by

Watertown SD Court House by Cortney Thrivent Disability insurance beside Culligan Water & Post Office view Adam Cousin VA Clinic Nurse Mom runs History Museum across Court House son Mayor Aberdeen SD Travis Schaunaman owned Subway floods & Sandra Morgan family Beautiful Nurse date Fat Subway Sandwich Human Cannibalism Launch meat Adam Employer During 911 owned gas station alley Strip Club & Owned Famous Dave's BBQ Adam Mom fiends Cocaine Dealers Parents attend Bible Study at Churches 4 Sides Mankato Courthouse by many 12 Year old Prostitutes House Sickey Vickey friends Jack off Masturbate at Laundry Mat Bathroom across Old Mankato Police Station view Health Food Store Veterinarian & Illegal Drugs Culligan Water only 1 Company regularly at Grandmas House.  Mexico No Chlorine Taste when Customers take water from delivery trucks not allowed.

A&W Hamburger Building Experian Credit Bureau Toronto headquarters Canada McDonalds by headquarters USA only Uranium Mill Energy Fuels Building Homeless Housing & Meral Research TD Ameritrade Bank America old Owner Climax Uranium headquarters Thomson Reuters Westlaw Books. Adam Street Trans Union Credit Burrow by Covid 19 Lab University Chicago World's 1st Nuclear Reactor Pile 1 by headquarters' McDonald's Hamburgers street named Randolph USA 1st Attorney General House Burger 1st DC Supreme Court in Meat Market Livingston & De Peyster donate Manhattan Gov Land.

Vyaire Heart Drugs Headquarters 15 Boat Brands Worldwide owner Brunswick Bowling, Adam work partners the Pipe Stone Minnesota Bowling Alley owner Arlington National Cemetery Honor Guard, Unemployed Girlfriends Smoke meth drug all day hanging out eating area lunch food Box Cooler & never wanted to stay at free Lake House provided by Job owner give everyone Free beer after work at Old Bowling alley in Great Condition. Adam built Best Buy headquarters all Opus Forman liked a Carpenter nicknamed Bonner never worked much & often Hang Out in the Eating area all Day. Adam was Foreman with 3 Opus Forman where in Vietnam Together throwing people out helicopters & Accused Bob Halverson shooting his sergeant in Back then Bob Died throat Cancer 1 Year everyday Opus Handheld radio listen Airport Control tower plane Crash Jew Senator Paul Wellstone Death gave republicans enough votes Start Iraq

War. Leach Lake Casino Commercial Drywall Owner Jim Leach From Steamboat CO & Opus Iron Workers Build Senator Wellstone Memorial Project Adam had Mayo Clinic Documented Traumatic Brain Injury never mentioned by Work Comp Judge so very 1st time wrote anyone about Wellstone Murder was 8th Cir Court the Next Day Adam was Flying to Maui sitting next secretary Hawaii Speaker House Calvin Say ran funeral Congressman Bob Nakasone died Throat Cancer so Adam filed Federal lawsuit against Say and Clift Tsuji Congressman Retired Bank Presidents Tsuji died Heart Attack. Free Pizza every week Adam remodel House Gary Bowman, Underwrite Hospitals Bowmans 2 Children Worked with Senator Wellstone then Bowman became Iraq Ambassador married Swiss Banker Alfonso & Bowmans Brother ran DC Federal Government Oversight relative Pasco Bowman 8th Cir Judge. Bowman Contractor owned Rental House Pretty Girls with many Porno Magazines House each side High Bridge Murder Donold Blum by Power Plant remodeler Tory Strege owned Skill-it Construction build McDonald Kids Play Rooms & Star Bucks Coffee Builders convicted Drug Dealers . River House nickname Adam fried skillet

Military helicopter Airbus World Biggest Dumpster Company Veolia & Margine founder Napoleon Bonaparte Patent (1 spinning flax yarn machine died founder World 1st Tin Food Can (2 Poison Mustard Gas Solvay process France McDonald Headquarters Palace Versailles Treaty End USA Revolutionary War Opus Die Aluminate Start Napoleon French Revolution end Napoleon Battle Waterloo Südzucker sugar factory's grind up 100,000's Dead bodies field fertilizer at World Largest fertilizer AU Wesfarmers Car Tires Continental AG sugar conveyor belts Dead Body Auschwitz, World Largest Sugar Company Südzucker headquarters beside Manheim Police Station & World Largest Concentration Camp Autobahn Builder Strabag Board Directors Südzucker Sugar & Europe Largest Insurance Group Uniqa. 7 Sugar Factories became Concertation Camps NAZI Largest Mass Killing Operation Harvest Festival Solvay Process Sugar Factory's Lublin Coal Power Plant converted Nuclear Fuel Poland 1st Nuclear Reactor Builder Sugar Land Texas Fluor Corporation Sugar Bunker test Atomic Bomb Manhattan Project sugar Climax Uranium Marie Curie Gunpowder Factory became Salpêtrière Hospital Died Princes Diana last Priest from Church Building Social Security. Grocery Stores

Tunnels are Kidnaping People by most all assignations often by Workers Compensation Founder graduate Saint Thomas University ((1 Billion Donation  from Best Buy & Opus Founder ran Federal Reserve bank (2 Miniature Wargaming  (3 Supreme Court Justice Heart Attack no Autopsy (4 Olinger = (4 Adam remodel Bowman's House then Saint Thomas Teachers worked Senator Wellstone & Cocaine addict Judy Mcoy Husband ran Vice President USA & Owned House across Basilica Church MN State Capitol

Adam File DC Supreme Court lawsuit Hardee's Hamburgers murder 6 Congressman a year later never lived in California just on vacation the Ventura CA & UCSB Police drug Adam to death by old headquarters Hardees by 4 Nuclear Missile Test Sites & Tesla Earthquake Fault Diablo Nuclear Reactors Stars Alliance Headquarters Goodyear Rubber Airport.  Corona Queens LSG Sky Chefs Frankfort Germany Headquarters 26 Airlines Stars Alliance CEO ran Pentagon budget analyst DOD

World Largest Airline Food Gategroup owned by Singapore Army Weapons Maker Temasek investment firm CEO engineer for Minister Defense  childhood Fort Canning Hill & Graduate TX Cancer University Pan American Health World Oldest International Public Heath 1902
 All USA Nuclear Weapons Tested Yuma Proving Grounds. Meat Scandal Yum Brands 70,000 Restaurants CEO Corona Queen NY Born Spreckels Sugar Hotel Corando. K K K Rally Hotel Founded Maxwell Coffee.

Population 2,500  Lake Crystal MN Pery Baker kick Socker Ball 100 ft not bloked goolie Kitchen Food Server Roll Up Window & Fold up Food Tables Gym Boys Shower Room Ceiling Tile view Girls Shower Room Kitchen was only across 3 House (1 Doctor Jaspers son fake  sprang arm caused by Adam in DR Japers back yard Big Game Hunter many Porno Mags (2 House Future Siemens Nuclear worker Chad Dressler always sat in Chair Closest Food Servers where Dressler beat Adam in Food Room & Trinity Church Same Day  Adam helped by Erich Jones future Mankato Social Security Mall Director replaced  Burt Lyman ran 10 year old  Prostitute Hooker with Heart attack Drug at Shell Beer Brewery by House Sheriff daughter married Burt Lyman House across Benco Electric beside Farms Adam

Aunt Cindy parents owned Peterson Funeral Home &  Slaughterhouse Farm Daughters Cindy sisters married neighboring Farmers Beat up Women get Divorced losing many Farms to Cindy became Computer Director Hoffman Road East Hi School Builder Drove Harley Motorcycle in Tunnels Builder became Janitor East Hi School Tunnel Kidnaper Javens Electric Company Farm became Mankato Police Station & Heron Street Rosa Park School view House Kopischke Pig Shipping Rain Gutters founder 200 BC Romans.

2 Steamboat Ski School Directors sold Shipping Containers Cocaine with Medicare Director relative Corey Kopischke date Suzane Kibbler arrested Cocaine DEA Drug Task Force narks 10 Years later Kibbler Owner Food Delivery Burrito Babe size does matter, Ecstasy sex drug orgy Party 50 Restaurant workers at House Kibbler Divorce Mike Lang owner Coffee Store Adult Ski School, Lang sister owner Johnny B Goods Restaurant in ally DEA Office very 1st Carpentry Job Adam 2nd Job Drug Laboratory each end Future Bob Adams Airport  House of Builder Singer Reba McIntire House Adam build with Bill Gates House builder while Adam divorced NZ Ireland Dual Citizen Yvonne lived Coronado Street House DA District Attorney.

2012 Covid 19 Mojang Mine owner Mine in (Song) Coal Miner's Daughter Reba McEntire born in McAlester OK makes Moab bomb drop Bin Laden hiding in Cave

Jew State Department Supervisor Sandra Morgan & Adam take many 14 Year old Russian Prostitutes under MN Supreme Court tunnels to MN Governor Jesse Vetnura ran 911 Attacks TV & Coronado Navy Seal shot Bin Laden owned Pink House on Bible Tigris River Operation Dawn Kill Saddam Hussein & Cook. Bret Sister = 3 Girls named Dawn ran Mankato School Kidnaping at Brett's Store Social Security Beside (1 Adam Girlfriend Cary Sodaman work at Movie Theater Bathroom beside (2  Video Arcade Pac Man Champion Tory Strege Dad drove Forklift Cocaine  (3  Unemployment Director Mom 1st Boyfriend Wolly Children best Basket Ball Players School Tunnel Kidnapers became Bar Waitress in Mall Social Security by Beal Reality many Army Solder realtors Beal ran School Tunnel Kidnaping Father City Mayor Navy Solder Farms Pipestone MN Suzlon Wind Turbine Factory Bank America Sun Chemicals

Senator Wellstone Plane Crash by Parents House Bret friends 20 Cocaine Dealers Build Senator Wellstone Memorial Project (1 Weiss Construction Mayo Clinic  (2 Commercial Drywall headquarters School Bus Garage & Drywall many Schools & City Buss garage Fremont Ave Timberland Construction Mike Hatch build School Kidnaping hatch = Attorney General Mike Hatch & Amy Swanson start Covid 19 Law Firm. Mom try to Drown Adam in Ocean Norfolk Nuclear Ship base & Swan lake Hunting Club Beside step Dad Brother Farm Private Airplane runway align Grandpa Farm & Dad House Private runway. Step Mom Sister House by Aberdeen Airport = Cocaine NIDEC Generator Builder Rockey Farm across Pig Shipping Trailor Blaschko Lumber 2nd Location beside Cocaine Dealer House Clammer & Adam mom Friends Lawyers &  Adam Grandpa Farm Neighbor Lawyer Husbands Harbo Apple Store 2nd Location Blaschko bar . Bella Swan portrays Sholder Pads &  Helmit Princes Diana Green Choker Swann Lake Necklace

 NAZI operation Weiss invades Poland

Murderers & Drug Dealers run all USA Government Building Projects. All USA Biggest Companies financed by Illegal Drugs

David Johnson & Fast-Food workers often let  Drunk people drive Motorcycles often stolen. Adam accidently meet Social Security Mall Director Eric Jones cousin Date Lindsey Wolf Sister married David Johnson next day David pull on steering Wheel to Crash Adam Car across  Lind Street McDonald hamburger by Power Plant  illegal canoe camping site with Sandra Morgan,  Highway 169  Adam Grandpa Neighbor CHS Corn Grain Fuel Director Donold children move to Towns Adam lived in & Pegasus Street Classmate wild Bear Farm, Green Giant Food Janitor Farm by Grandpas Cemetery Funeral the Hostess Twinkie Uranium Yellow Cake Manager Daughter Mindy Miller said 3 Boys left her apartment & Died involving Immanuel Church Front Door across 2 Heroin Dealers House Adam Aunt Koch moved into & Grandmas Best friends House became Sorority House sold Adam beer age 15. Cover National Geographic Pegasus Race Horse Diet worker Adam aunt Put sugar in Gas Tank School Teachers House became New Grocery Store across Lake Cemetery & Kroubetz Auto worker Died Motorcycle Crash mother Immanuel School Cook, Brener co-worker Dooring. Police Station view

Front Doors old Grocery Store by Lake Crystal High School Kitchen view House Police Officer House neighbor Reroden with 20 years Heroin Drug Dealer Sheriff son with Dave Haroon friends all School Bus turn by Police Officer Cement House sold to Tory Strege next House across Lincoln High School beside Girls Sorority House sold Beer to Adam age 14 Hitman live by all Liquor Stores. Adam Mom, Step Mom and Tory Mom all shop at 4 separate Grocery Stores workers Best Friend. 20 Years Everyday Same Homeless People visit Grocery Store then sit outside Banks & Universities. Adam Owned 10 Acres Beside only 3 neighbors 1 see Walmart Grocery 30 Times & 2 Farms McDonalds Hamburger Janitors family 100% never at Walmart when all other Big Grocery Stores 1 Hour Drive

Drug Dealers & Hitman run 90% Longer Building Projects 60% over budget all assignations by Grocery Store Tunnels kidnaper ancestors

Hy Vee Grocery Worker at Gas Station sell kids Beer beside Hill Top Hamburgers & Hilltop Florist across State Farm Insurance Sam Bristol by Low Income House Sam Cheath align Little Black Sambo Restaurant Became Sams Club Walmart Managers ran tunnel kidnaping School beside Dentist Daughter Arron Walton many Porno Mags & Dentist office view Motecycle Shop Jason Sack Dad = Child Molesters work & live by all Harley Motorcycle Stores.

Adam 2 Music Teachers House Illegal Short cut ends Hilltop Meat Market view Calvary Cemetery & School Bus Stop moved Caren Stauss around most every time Adam had Sex & lived by East School kids murdered many Babies in Church Basement Calvary Cemetery entrance  House 2 Biggest Cocaine Drug  Dealers Debby Cook & Old Country Food Buffet House 2 Neighbors Hubbard Corn Mill worker & 2 MSU College Professors son Shawn Pettman Date bad slut Girls often in Grocery Store then Pettman moved across Sam Club Grocery & Teach Kids Hockey. 240 Nuclear Storage Facility Trivis worker Tory Strege teach Kids Karate . Adam owned 10 Acres beside Farms 2 McDonald's hamburgers Janitors Family 100% never at Walmart Grocery when all other Big Grocery Stores 1 Hour Drive away.

Washington DC Navy Seals Corona Division Nuclear Missiles Corona CA

GE Nuclear Headquarters Seattle Stock Exchange Builder Headquarters PacifiCorp 22 Coal Power Plants Warren Buffet owner Corona Marble Mine & Mouser Electronics Corona Dope & RR World Biggest Tin Food Can Mine Corona CA was World Biggest Lemon Producer. Death Velley CA Corona Mine.  Warfarin prevent People Blood Clots thinner Vitamin K Warfarin founded as d-CON Rat Poison mail order TV McKesson Corp 1 Billion Covid 19 dose kits. d-CON owner UK Reckitt nutrition products  1850 Starch Mill NAZI Concentration Camps founded Bayer Aspirin cardiovascular Sterling Drugs Kodak Cameras Dow Chemical Reckitt 50 Billion JAB Holdings owner Peet's Coffee, Pinnacle Pet Insurance, ETHOS Veterinary  Coty Coffee, Jacobs Douwe Egberts Coffee, Espresso House, Baresso Coffee, Green Mountain Coffee Dr Pepper Snapple Group  Bally, Crispy Cream Donuts & Caribou Coffee = K K K Clan Build most Minnesota Restaurants

Adam Cut Rose Hilltop Florist & 150 Rose Bush Farm Mom & Grandma colorful Tulips all Turn orange Grandma Brother Elmer Lenhart & Farm Neighbor Rose & Orval Hanson move beside Lake House Lake Crystal Bait Store became bar owner ran School Kidnapers = Blaschko, Hanson & Elm Tree Disease.

War #1 Killer starvation & Free meals. Kidnapers Live by all Bait Stores & Florist workers Kidnapers Grandpa 3rd State farm by Crown Cork 39 Countries WW1 Bottle Caps Factories Founder & Adam brother born by Gunpowder State Park Gunpowder River Hi School assassin Coffin Gunpowder River Abraham Lincon died Civil War Treaty African Hotel Henry Mud.

New Mexico NM 40% USA Uranium.

 Adam move to Las Cruces NM weeks later fired Superintendent founder Hi School free meals by  Dairy Cow Museum Green Moab Bridge

Munger $400 mil donation UCSB University & $600 Mill World Trade Center 911 Demo Warren Buffet owner World Largest Clayton Manufactured Homes World 1st Nuclear Trinety Test at McDonalds House by 911 Terrorist & Adam current Apartment closest 2 neighbors Fight with knives call Police 20 times & Die Drug Overdose & Other 1 Repeatedly yell Call Police someone drug me while he Died Heart attack & 2 New Neighbors 18 year old Girls & Violent Man give everyone

Free Food, 20 Stray Cats & Army Solders Veteran House beside Adam Apartment many Rose Bush across Huge Shipping Container Frezer small El Calvario Calvary Restaurant Building Power Tool Business became Mosquito Squad Poison across 2 abandoned Houses & WW2 Meals on Wheals by 10 Food Trucks use Kitchen Calvario Homeless Shelter across Post Office, Las Cruces Federal Court House view Adam mail box many 2 Felony Heroin Dealer 6 Unit Apartment 5 Units Drug addict People Social Security = Neck Tattoo Gang Run all USA Prison

Toxic Heroin Meth Apartments new renters

Homeless Shelter & Low Income Housing Cocaine Dealers narks informants get everyone Adam arrested

Mosquito Squad headquarters John Fremont Born World largest Nuclear Ship Base Norfolk VA Dad gave Hot Dog riding Skate Board T-shirt to Adam was Piked on by only 1 African sleep by Everyday Award  1st one to Pick Food  Treat Lutheran Kindergarten picking same biggest one every Day, Play in Car Tires,  school tunnels & sewer tunnels under Apartment Mom sold 5 year old Girls dancing naked to Fisher Price radio with Nuclear Submarine workers children put heart attack Drug in People's United Airline Food then 10 years 30 Hours a Week Mom sat at Hardee's Hamburgers with kids that go in storm drain tunnels Under Mankato Mall SSA Social Security beside Elevator Kidnaping People SSA Land was Hubbard Grain mill became SSA beside Brett's Department Store Basement every morning  Bull Shippers Coffee Club member 20 Foot Gun safe owner Olinger Auto Garage Hubbard Grain Mill across Mom 1st Apartment above Hague Coffee, Olinger Daughters (1 Delta Airline Stewardess (1 Accountant EideBailly many Food Companies  (3 Mayo Clinic worker Patty Olinger never Cook 100% only eat in Restaurants & married Stan Strege owned Allstate Insurances across McDonald Hamburgers.

 Adam Grandpa 1st State Farm Office Became American Family Insurances Landmark Center

911 Attacks double Pay Reinsurance Farmer Insurance by Las Cruces PMI Rental Office Apartment Adam & Farmer Insurance Manhattan RHINO  $600 every year

security deposit Apartment Climax Uranium Bank America in South Dakota
SD  founded Farmers Insurances by most Grocery Stores Banks inside

Grandpa Married neighboring SD Farmers Daughter  = Adam Uncle David Strege
was Vice President Farmers Insurances old headquarters Opus 2 Miles
headquarters United Heath Group American Family was Farmers Mutual
Insurances founded beside University Wisconsin 1 of 40 National Cancer Institutes
Ranked #22 Cardiovascular Benchmarks Thomson Reuters headquarters Climax
Uranium = World Largest Cluster Cancer Hospitals

Electronic Recycling & Waste Water Treatment beside San Luis Obispo & Santa
Barbara CASA 2 Homeless shelters by UCSB CASA semen analysis Cal Poly $20 Mil
Donation Apple Computer CFO Tim Cook sorority President Abrham Lincon
founded Morrill Land-Grant Hatch Act 57 Agricultural Colleges. Stock Market
Ticker CCEL World Largest Sperm Bank Beside Large Electric Power Station &
World 11th Largest Company United Heath Group UK Prime Minister PM David
Cameron put his Dick Pig Mouth & Health Social Care Act 2012 PM Boris
Johnson  Pfeffel born Manhattan NY & strict immigration rules collapse Uk Pig
Farm & Covid 19 Law all  UK Slaughterhouse CCTV Cameras  PM Tony Blair born
above meat market & 911 UK invade Iraq.

*Adam 100% only person eats chocolate at mom & Sandra Morgan House*

*Police Beat up Adam by 5 Rockey Mountain Chocolate Factory its Headquarters
Police Station Durango House Construction Climax Uranium. Adam co-workers
Kidnapers Build Cheses Cake Factory Headquarters Malibu Sheriff send 1 ticket to
4 county's  line grave author Incredible Hulk actor a real sheriff by Diablo Nuclear
Reactor security Guards beat up Adam in Post Office*

Every Christmas Dad 100% only want Fannie Farmer Chocolate Store became
Social Security False Imprison Dad 100 times talk about wanting Unregistered
Hand Gun then Adam rent very 1st Apartment Owner Seattle  College Ocean
Scuba diving roommate Special Forces McDonalds Manager selling 50 guns
wearing Mask beat up Gay People take off Mask Help them. Jack Box Hamburger
Logo Car Antenna Cover Green Car Sandra Mogan Drop off 100 Foreign Exchange

Student at McDonald Hamburger in Faribault MN & Pine City MN meet lot Girls so move there. Prostitutes work at Metcon Faribault SAGE window tint changing Glass World Trade Center World Greenest Skyscraper. Sandra House neighbors work by Federal Prison Billman Construction owner all Duluth Adult Book Stores & Strip Clubs names match Mankato & Sandiego Strip Clubs by 911 terrorist airport. Kidnapers & Photographer House all Rivers & Kids watch School Food Servers work by Kidnaping Tunnels entrance

Roman Solders Paid by Headquarters Altoids Mints given to Everyone Adam mom ran Maud Hart Lovelace Book Club & Statue Comity World largest Indian Hanging site Mankato Library across Only Strip Club Beside State Farm Insurances Owner Adam Grandpa Small family Owned Million Acres Farm Land. 911 Attacks investigator Adam Dad was WAPA Federal Government Director 80 Foot Computers Screen 14 States Power Grid USA biggest Electrical Provider Adam Dad WAPA Office Building Social Security Billings Montana 2 Hardees. Climax Uranium Mill glass World Largest Coors Beer Brewery headquarters WAPA Electric & Social security both across Grocery Stores & Green Mountain Hi School graduate Nuclear War Film.

Covid VOC Volatile organic compound USA 1st Colony settler Married Indian Chief Daughter Pocahontas POC Died *Gravesend Kent UK named Black Death Plague & Born by* Hog Island Virginia Nuclear Reactor World Largest Smithfield Ham also by Sioux Falls South Dakota Prison Director Curt Schaunaman Adam Cousin by John Fremont Pathfinder Nuclear Reactor 99 miles Social Security across Hardee's Hamburgers Headquarters Glacial Lake Grain Fuel by Toastmaster Director Adam Dad wife relative Craig Schaunaman President Barack Obama appointed Craig Heart-Land Grain Fuel Ethanol Gas Stat Director Federal Farm Loan Building Social Security Office Huron SD by Hubbard Milling Director Adam Grandpa & Adam mom lived by Many Corn Ethanol Gas Factory Workers Cenex Grain Fuel headquarters' Federated Insurances old Building Verizon Wireless worker Adam Uncle Stewart Koch design (1 Star Wars Missile Defense System at NORAD shoot Down Airplanes 911 attacks (2 Ti 555 Timer by Adam Dad WAPA Office 555 Airport Road Loveland Airport by Homeless, Headquarters RPM Rentals Adam

Uranium Apartment & Hatch Mine engineering 10,000 employes by Greeley Colorado Police Station across McDonalds by World Largest meat packer JBS $3 Billion Fine Brazil Supreme Court Highest Organ (Architect) Corona World Fair & NY United Nations was Slaughterhouse Manhattan Port Authority Building 911 Attacks Red Cross Director Sandra Morgan runs Federal State Department foreign Exchange Student Program Nacel Open Door old Office Cray Computers Handle all USA Nuclear Weapons. Sex with 50 Boys German Exchange Student live Trailor House across Jakes Pizza & Judd Ness Condo. Nacel Exchange Office move into NAZI Alliance US Bank Building Exchange Student Prostitutes all Countries Kids get arrested by Police Call Sandra Morgan many College Student get arrested never graduate then run all Countries Cocaine & Kidnaping Prostitutes make $1000 Hour. Adam had sex 1000 Times cum inside Sandra Morgan use Bathroom every time after sex collect semen Adam camping kayaking only 1 time meet Nidec Generator Builders Drug Dealers Green Giant Food workers & David Friends then 10 minuets Later very 1st time meet Psychologist Sandra Morgan at Banning State Park across Federal Prison Psychologist Sandra Morgan Father Donold lives across his son-in-law Federal Prison Guard on Road to McDonalds Hamburgers everyday 14 year old Girls hand out Condoms at Hardees future Nuclear Reactor Builders Tory & Dressler often talk about eat semen Denny hamburgers many sperm banks in Grocery Store Mall Karate, Finger Nail Salon, Cross Fit. low Price Food Buffet Christian Book Stores Army Recruiting Office beside Mall Social Security everyone applies Benefits has locked door meeting & GOV Public Bathrooms require Key & Doors Entrance long hallway to Mall Bathrooms Kidnapers Nylon Ball Bearings Break in Navy Generators filled with Cocaine sent back to Nidec Factory workers Food Coolers rob steal everyday Adam Step Dad built Nidec generator Blew up USS Cole battleship Yemen Navy email Missile Launch Dentist Drills Nidec semen analysis identified Osama Bin laden. Adam relative Green Giant Food Can Supervisor relative Bismarck ND Prison Warden & Pat Melton drug addict Friends work many Restaurants = Green Giant Janitor everyday visit Hardee's Hamburgers workers try to murder Adam 25 Years Hardee's headquarters NAZI Schneider Electric headquarters Experian

Adam classmate Jeremy Bandow (Author Afghanistan War Romance) Winner Nicholl Fellowship Award. 100% Unbelievable Band 2 Taliban Fly Airplane while 2

Hijack 60 People 911 Airplanes with 2 Stanley Box Cutters make Corona Pants. FBI wear Moab pants.  Gander Mountain Sports Store was Kmart Sporting Goods Manager House across Bethany College Girls Dorms kidnaping Hatch Builder Tory Strege & Adam, Kmart Manager old Trailer House across East Hi School & House Karen Strauss around most every time sex, Strauss moved beside Adam Buss Stop. Adam Aunt Cindy work at Lake Crystal Library Director Chad Dressler Move to Farm Cindy owned only 2 subdivisions view Highway 169.  School Tunnel Kidnapers worked Shields Sport Store Burn Down During Weiss Construction Custom Drywall Ranch beside Ranch Owner Cabela Sport Store Worker Faribault MN ex Police Chief call Police 100 Times on Adam park Car at Denny's Hamburgers when Purchased House removed Golf Course 1st Hole. Gander Mountain Sports Owner 3 Forks Ranch by Climax Uranium Mines Bags Wyoming Adam Landlord BML Land 100 Year Fire expert ran Hot Springs many Prostitutes BML date volunteer Firefighter McDonald worker sex orgy Harvard Graduates & Adam  window view naked Girls beside Apartment Buda Burritos Manager try give 7 ft Marijuana Plants to Adam. A1 Bikes Store Churches 2 Sides Mankato Courthouse. NAZI Krupp Humbolt Nuclear Reactor  Two  A1 Check Cashing Eureka CA Courthouse mural People Animal Heads  A1 Beside Social Security parking lot Hardees & Big 4 Sports Store the Police beat up Adam. 1918 Adolph Hitler Blinded poison Gass Shell Solvay additives Clorox bleach, A1 Steak Sauce, Proctor & Gambel Kingsford Charcoal founder Ford Model T.      Adam Mom Step Mom & Friends Mom Nurse & Neighbors Nurse Doctors & Work Partners Married Nurse & School Teachers.  School & Buss by Police Officer House run Drug School kids food Age 1 to 18 both Parents neighbors Police & Future Police  & Old Steamboat Police Station across Adam 8 years Live at River House Drug Dealers visited by workers from all Restaurants & Houses 3 sides all Schools.  8 Years Date Sandra Morgan family Federal Prison Guard while Adam own House neighbor Police Chief. Dentist Daughters ran Kidnaping all Mankato Schools then Adam lived in 10 Dentist Houses. Adam Leg pearlized no reason after seeing Navy Dentist of Homeless

Social Security Most used Security Guards Stratesec Securacom guard 911 World Trade Center hit by United Airlines Guards Securacom Headquarters 911 Terrorist

Airport John Dulles director Hiroshima Atomic Bomb Piolet Son 2024 Director Social Security presidential campaign Gary Hart. John. JFK Fired Allen Dulles NAZI Berlin Law firm & investigate JFK assignation & Preast father John Dulles Sister Director Social Security Appellate Courts Building Military Armed Service Board Court Appeals by (1 World Largest Defense Contractor Lockheed Martin 10 Mil Covid 19 Donation VA Hospitals (2 Moab Bomb Airplane Northrop Grumman also Huntsville Alabama Nuclear Missile City Social Security Office Surrounded by Trees Kidnaping People. WW1 Secretary War Newton Baker LEASON Jew Felix Frankfurter "happy hot dogs" Founder Social security 1st beneficiary a Mayflower Descendant Founder Mormon Church & Moab Bomb.

 Adam Dad WAPA Employes children at Columbine School Shooting the MN Carpenters Union President mention when Adam told him Opus Murder many Homeless Africans & Senator Wellstone, most all Union Companies secretly owned by Opus or Founded by Opus old employees = John Deere Tractor Dealers by House & Farmers try murder Adam 30 years then Adam brother head Engineer John Deere = Ride Big Green Tractor Song Jason Aldean = meat supplier by National Cemetery

 CA University & Kidnapper's House many Aloe Plants = Tomb Jesus
 Uranium Gov Director BBQ Princess Diana Plant hemlock & Diana College Thesis Aloe Vera. Battle Troy Poison Hemlock Poison Died Boadicea at Church Flour Mill became Cordite Explosive Mill founder Vacuum Thermos Bottle

Always Plea 5th Amendment Right remain silent in Heaven, Hell & all Planets Police Stations 100% untruthful arrest People doing 100% nothing wrong Judge Deny 100% everything Court House tunnels Hamburger Restaunt violate 18 U.S. Code § 1091 Genocide Laws ICC, Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Fair Credit Reporting Act 15 U.S.C. § 1681, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, 15 U.S. Code§ 7701 CAN-SPAM Act, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 42 USCS

2000bb-4, 42 USCS 1983, 1985, 1986, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act, Federal Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action  & First Amendment retaliation claim most all Counties Laws Religion Email not Spam. Commercials Controlling all Earth Media to Murder Rob everyone to put Human Body Parts Hamburger Heart in Nuclear Fuel = Verry 1st Social Security application SSA workers say People can 100% never file a Document & 100% never see record rest life. Adam make $2500 week then Year later CA SSA give no Payee then Adam 100% never live in MN unauthorized make Payee Mom collected Welfare Food Stamp & never Work. Payee Documents Give Power Attorney IRS & Easily put Payee on all Bank accounts rob $100,000 dollars then MN SSA & IRS have no Jurisdiction never lived there so USPS Mail 300 compliant forms SSA 100% never respond so zero record 5 million disabled people robed. All Payee Zero Credit Score can not sign apartment lease & Zero Bank loans.  Ventura CA Social Security Doctors office by  DMV permanently Suspend Divers License  when live in New Zeeland & have perfect Driving Record & no CA License to Suspend. 100% Able to Work until SSA make imposable work when Police murder 10 million disabled People to rob benefits. Police Send 1 ticket to 3 Counties on Court Date 10 Sperate Courts have zero record or Police return all Documents & beat you up say never return.   Submit Evidence House Burn Down Car Accidents.  Everyone Pay IRS Disability Insurance Gov murder 99% People to not pay SSA the IRS has Jurisdiction Tax Dollars Finance Genocide & 80 Million Refuges Pay Tax finance Police put Billion Human Hearts in Nuclear Fuel.  .
 All Countries Supreme Court Clerk dismiss 100% all Lawsuits so all Lower Courts Clerk MiNET Entry are Judges Orders rob 100% all Money Clerk refuse file Documents 100% all People died in wars & Holocaust 100% all People zero Rights God Loves force Trillion Planets People collectively 100% only think God Hates us

UCSB Police Drug Food 40 Hits Acid so apply SSA the Police & Judges relatives Heroin dealers rob all Money.  With Zero evidence SSA says People Violent Threating SSA people 100% never file evidence they have zero criminal Record.  SSA Award Benefits 100% only to fabricate all evidence to False arrest

millions People receive zero benefits in Prisons $50,000 Year 1 Inmate murder to collect Dead Peoples benefits 20 Years Gov make 1 to 10 mill murder 1 Person.  USA 4% earth population 20% Earth Prisoners USA 70% all Earth Tickets. All Countries Residency require Zero Tickets only USA Kidnapers get Residency by Giving everyone else 1 Ticket.

100% never safe to go outside rest life.  Want Rent out Rooms Police talk renters & arrest you Forever doing 100% nothing wrong.  1st Receive SSA Benefits the Police Try Arest every time go outside doing 100% nothing wrong Police Come Apartment Every Month to see if your Ok Police will Contact 100% all Neighbors Rest Life & Call Parents 100 Times. Police will Contact all employers rest life SSA make it imposable to Work receive SSA & should 100% never talk to People Rest Life the Police will Contact 100% everyone you talk to if 1 person has problem with you go to Prison Forever with zero evidence.  Send 20 Mil emails Adam Refugee 8 years SSA terminate Benefits force return USA SSA Michigan SSA-ALJ Law Judge had Puerto Rico FBI arrest Adam 450 days fore making SSA-ALJ Phone Call Adam did not make the 100% Untruthful FBI say admit threatening SSA the Judge Deny 100% everything refuse let Plea Not Guilty Public Defender refuse 100% all Contact 100% only says Guilty. Violent Cell Mates then Covid 19 Start zero Cell mates Judge Dismiss all Charges by Checking Box on Form. Supreme Court allow Malicious Prosecution Lawsuits people zero Rights 100% all Courts never mention everything.  15 Years in SSA Office 1 time 7 Years ago & 2024 SSA often Try arrest going into SSA Office. World Largest Nuclear waste owner Wells Fargo & Bank America rob $100,000 From Adam  50 Bank lawyers say Imposable to Comprehend Judge say Compliant so Poor Drafted the Banks cant respond so add Fraud Alert everyone can remove 1 Days later start Write 300 letters 3 Credit Burrows refuse Remove Fraud Alerts expired 7 years Cause 15 years 99% New Bank Accounts declined & All instore Credit Declined with 800 Credit Score everyone says 100% no Problems Adam has Perfect Credit. Play Stock Market 5 Years then 2024 4 Bank & Schwab TD Close account no Reason then no Broker with a Simulator will let open account.UK Disabled $160 Month Shared Bathroom Kitchen drug everyone. AU Atomic Energy Headquarters became Immigration. Homeless & Low Income Housing Kidnapers all Have Mini Storage Units. Jew Nazi

Banks own all Retirement Pensions, Hospitals & Restaurants Hart attack drug age 66

Adam Strege *517 E Las Cruces Ave #1, Las Cruces*, NM 88001 *Adam Strege*

3/28/2025 ▓▓▓▓▓▓   novoblue8@gmail.com